AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the

District of Rhode Island

| | |
|---|---|
| United States of America<br>v.<br><br>Chirag Sachdeva, YOB: 1990<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Case No.  *1: 20 MJ 15 LDA* |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ May 1, 2019 _____ in the county of _____ in the _____ District of ____ Rhode Island ____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 1343, 1349;<br>18 U.S.C. §§ 1344, 1349;<br>18 U.S.C. § 1349; and<br>18 U.S.C. § 1028A. | Attempted wire fraud;<br>Attempted bank fraud;<br>Conspiracy to commit and/or attempt the aforementioned frauds; and<br>Aggravated identity theft. |

This criminal complaint is based on these facts:

See the attached Affidavit of Special Agent Craig A. Graham, of the Federal Bureau of Investigation ("FBI").

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Special Agent Craig A. Graham ~ FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: ___ 2/12/20 ___

_____
*Judge's signature*

City and state: _____ Providence, Rhode Island _____    Lincoln D. Almond, U.S. Magistrate Judge
*Printed name and title*