## AFFIDAVIT OF FBI SPECIAL AGENT CRAIG A. GRAHAM

### INTRODUCTION

I, Craig A. Graham, having been duly sworn, state as follows:

1.     Since 2010, I have been a special agent with the Federal Bureau of Investigation ("FBI"). Early in my career, I focused on counterintelligence investigation. Starting in 2015, my responsibilities expanded to include the investigation of wire fraud, mail fraud, and other white collar offenses, and since July 2018, when I was assigned to the FBI's Providence Resident Agency, I have focused primarily on white collar investigation. I have experience in the investigation of telemarketing fraud, and through that work have gained a familiarity with computer or smartphone based communication applications such as WhatsApp, Snapchat, and Skype.

2.     I submit this affidavit in support of a criminal complaint and arrest warrant charging Chirag Sachdeva (born September 1990), who resides in India, with the following offenses:

> (i)    attempted wire fraud, in violation of 18 U.S.C. §§ 1343, 1349,
>
> (ii)   attempted bank fraud, in violation of 18 U.S.C. §§ 1344, 1349,
>
> (iii)  conspiracy to commit and/or attempt the aforementioned frauds, in violation of 18 U.S.C. § 1349,
>
> (iv)   aggravated identity theft, in violation of 18 U.S.C. § 1028A.

3.     The information in this affidavit comes from my personal observations and investigation, my training and experience, other law enforcement agents, an FBI source of information, and other sources as specified in the body of this affidavit. This affidavit is intended to show that there is sufficient cause for the requested warrant and does not set forth all of my knowledge about this matter or investigation.

4.     As described below, I believe that there is probable cause to believe that Sachdeva and a coconspirator gathered data about various individuals – including name, address, date of birth, social security number, bank account number, and online-bank-account

1

username and password – and disseminated that information to an FBI cooperator for the purpose of enabling that cooperator to pose as those individuals and obtain funds from their bank accounts.

## INVESTIGATION

**i.    Investigative use of the Informant.**

5.    The FBI utilized a covert source of informant (the "Informant") in this investigation. The Informant was and is cooperating with the FBI in the hope of receiving leniency in the disposition of pending wire, bank, and telemarketing fraud charges and associated crimes. The Informant has not yet been convicted of those offenses and has not previously been convicted of any crime in the United States.

6.    In May 2019, the Informant told me that an acquaintance, an Indian male named Chirag Sachdeva ("Sachdeva"), had engaged in telemarketing fraud. The Informant described himself and Sachdeva as "middlemen" or brokers, purchasers of telephone call traffic who ultimately had the traffic sold to call centers for the purpose of having the callers defrauded. The Informant also described Sachdeva as having been associated with a particular call center in Gurgaon, India.

7.    The Informant explained that "publishers" created various forms of online advertising designed to mislead viewers into believing that malicious software or malware had been detected on their computers. These ads encouraged the viewers to place telephone calls to obtain supposed technical assistance. The publishers, using call routing technology, forwarded the calls generated from the advertisements either to call centers directly or to middlemen who had the calls forwarded to call centers or to other middlemen who ultimately had the calls forwarded to call centers. On ultimately being connecting with call centers, the callers who responded to the advertisements were pitched by operators who reiterated that malware had been detected on the callers' computers, the falsehood first introduced by the advertisements. The operators would then attempt to extract money from the callers, payment for supposed computer protection services.

2

8.      The Informant advised that he had, prior to his arrested, directed calls to Sachdeva and that for those calls he owed approximately $14,000 to the Informant.  The Informant met Sachdeva in 2016 and from 2016 to 2018 sold him call traffic for a call center with which he was associated.  That call center closed.

9.      The Informant identified a particular WhatsApp account[1] as belonging to Sachdeva.  The telephone number associated with the account is 919999950006, an Indian telephone number.  A picture of a male is also associated with the account, an enlarged copy of which is attached at Exhibit A.  The Informant identified the male in the photograph as Sachdeva.

10.     Documents obtained from the Department of State indicated that a U.S. Visa application was submitted for Sachdeva on or about October 14, 2016.  On the application, Sachdeva's date of birth is listed as September 9, 1990.  That application lists a home telephone number of "9999950006," the number associated with the WhatsApp account.  For ease of reference, I refer to this telephone number as "Sachdeva's Telephone Number."[2]  The application includes a photograph of Sachdeva, which is attached as Exhibit B.  The Visa photograph of Sachdeva shows a male who is visually similar to Exhibit A, the WhatsApp profile photograph of Sachdeva.

11.     Starting in September 2019 and continuing through the course of this investigation, at the direction and under the supervision of FBI agents, the Informant has been communicating with Sachdeva via WhatsApp voice calls and text messages.  During all communications with Sachdeva, the Informant was located in Rhode Island.  The calls have

---

[1] WhatsApp is a communications applications for mobile devices and desktop computers that allows users to send and receive text and voice messages, make and receive voice and video calls, and share images, documents, user location, and other media.  All users of the application must have an account or access to an account.  In the account creation process, users provide a cellular mobile number.  WhatsApp is owned by Facebook, Inc.

[2] During the course of the investigation, as detailed in this affidavit, the Informant sent to and received text messages from Sachdeva's Telephone Number.  The capacity to send and receive text messages indicates that the telephone number may be associated with a cellular telephone.

3

been recorded, and the text messages have been preserved. Most of the communications have been in a mix of English and Hindi. The Hindi portions have been translated by a linguist fluent in Hindi and English. For the telephone calls the linguist prepared English language summaries of the conversations. For the text exchanges, the linguist provided written translations, which below appear in the body of the text exchanges.

ii.     **September 2019 communications between Informant and Sachdeva and his expression of interest in using personal data to obtain money.**

12.     In September 2019, the Informant, at my direction and under my supervision, communicated by voice and text with Sachdeva. As detailed below, in communications with the Informant, Sachdeva indicated that he had information about various individuals (including information obtained from checks), was searching for a way to make money from that information, and was being assisted by another person, Ajay.

13.     On September 6, 2019, the Informant called Sachdeva's Telephone Number and spoke to a male who the Informant identified as Sachdeva. The conversation between the Informant and Sachdeva was translated and summarized by the linguist as follows:

    a.   Sachdeva was no longer working with a previous business partner because the business partner told everyone he had stopped the business. However, Sachdeva later learned that the business partner was running "SSN, [re]fund, and tax" from a city in India.

    b.   Sachdeva opened an account on his previous partner's computer which had customer data in it. Sachdeva had problems with the computer and provided it to a third individual to fix. Sachdeva was upset about this [no longer working with the business partner] and expressed interest in starting another business.

    c.   The Informant asked Sachdeva where he wanted to start, and Sachdeva asked for a suggestion from the Informant. The Informant asked from where the data used by Sachdeva's previous business partner came, and Sachdeva stated that it came from a lawyer. The Informant asked Sachdeva how profits would be split between the Informant and Sachdeva, and advised Sachdeva that he could not come to India but could support Sachdeva from the United States.

    d.   Sachdeva told the Informant that he would send some photos of checks and Sachdeva also agreed to send the Informant the customer data that was sent to the other individual so that the Informant could run it.

4

14.     The Informant advised that among Indians and others engaged in telemarketing fraud "SSN, [re]fund, and tax" was a shorthand way of referring to scams involving social security numbers, refunds, and tax.  The social security number scam involves obtaining money from victims by misleading them into believing that their social security numbers have been stolen.  The refund scam involves obtaining money from victims by misleading them into believing that they are entitled to refunds.  The tax scam involves obtaining money from victims by misleading them into believing that they failed to make tax payments.  The Informant also advised that among Indians and others engaged in telemarketing fraud "customer" is the term used to refer to victim or person being targeted for fraud, "business" refers to fraud operations, and "business partner" refers to partner in fraud.

15.     Shortly after the call, the Informant received from Sachdeva's Telephone Number text messages containing two Excel spreadsheets, one entitled "Fedex1" and the other "Fedex2." Those spreadsheets contained a total of 47 names and for each name entry on the spreadsheets was an addresses, and telephone number.

16.     Shortly after the Informant received the spreadsheets, the Informant and the user of Sachdeva's Telephone Number had the following text exchange concern the photographs of checks that Sachdeva had mentioned in the earlier telephone call:

| Timestamp-Date | From | Body |
|---|---|---|
| 09/06/2019 | Informant | Cheque pictures? |
| 09/06/2019 | Sachdeva | Wo laptop on krk mail karta hu **[will turn on the laptop and send the mail]** |
| 09/06/2019 | Informant | And don't take stress will work out something together, I hope you believe me |
| 09/06/2019 | Informant | No keep everything on Whatsapp |
| 09/06/2019 | Sachdeva | Ok |

| 09/06/2019 | Sachdeva | Cheque picture fedex wale customers kin ahi hai mere walo ki hai **[Cheque pictures are not of the fed ex customers not my customers]** |
| 09/06/2019 | Informant | Does not matter just send it I will see what I can do with it |

17. Shortly after the exchange, the Informant received via text from Sachdeva's Telephone Number photographs of 30 checks, which included account holder names and addresses as well as bank names, account numbers, and routing numbers.

18. Shortly after receiving the photographs, the Informant and user of Sachdeva's Telephone Number discussed via text additional photographs of checks:

| Timestamp-Date | From | Body |
| --- | --- | --- |
| 09/06/2019 | Sachdeva | Need more cheques? |
| 09/06/2019 | Informant | Yeah |
| 09/06/2019 | Sachdeva | Ok |
| 09/06/2019 | Informant | I will get you back on Monday with more stuff and don't stress .. I will not be here on weekend as going to camping and stuff .. will bring you back on track soon .. |

Soon after the exchange, the Informant received via text from Sachdeva's Telephone Number photographs of 168 checks, which included account holder names and addresses as well as bank names, account numbers, and routing numbers.

19. On September 11, 2019, the Informant called Sachdeva's Telephone Number and spoke to a male who the Informant identified as Sachdeva. The conversation between the Informant and Sachdeva was translated and summarized by the linguist as follows: the Informant told Sachdeva that the fake checks did not work because they need the codes from the customer's telephone number. I had, prior to this call, instructed the Informant to tell Sachdeva that the information from the checks could not be used to obtain money from the accounts associated with the checks.

20.     On September 30, 2019, the Informant called Sachdeva's Telephone Number and spoke to a male who the Informant identified as Sachdeva. The conversation between the Informant and Sachdeva was translated and summarized by the linguist as follows:

a.  Sachdeva stated that his birth date was September 9, 1990.

b.  Sachdeva told the Informant that Ajay was interested in working with the Informant. Ajay and Ajay's partner receive 25-30 inbound calls each day and get a revenue of $1,500 to $2,000 in checks. Fifteen to twenty days after a check is cleared, they go for the refund and make $50,000 to $100,000 per month.

c.  The Informant told Sachdeva to have Ajay start working on Sachdeva's existing data and the Informant could offer better accounts at a good percentage.

d.  However, Sachdeva explained that they only work the inbound and have nothing to do with the outbound.

e.  Ajay told Sachdeva that the customers on the data were all done, but the Informant asked Sachdeva to get the data anyway.

21.     I interpret this conversation, based on the linguist's summary, to mean that the Sachdeva has become associated with another person and that that person and his partner are obtaining $1,500 to $2,000 of revenue per day in the form of checks based on inbound call volume of 25 to 30 calls per day. The Informant advised that the reference to "refund" indicates Ajay and his associate are also employing a refund scam on victims. The Informant also explained that the references to "inbound" are to inbound telephone calls, namely calls received at a call center, while references to "outbound" relate to transferring money out of a victim's account and making the money available to the call center.

iii.    **Plan and effort to steal money from SM's account using SM's account and identification information.**

22.     From October 2019, at my direction and in my presence, the Informant communicated with Sachdeva concerning Sachdeva's scheme and effort to withdraw funds from SM's bank account by having the Informant pose as SM.

23.     On October 21, 2019, the Informant called Sachdeva's Telephone Number and spoke to a male who the Informant identified as Sachdeva. The conversation between the Informant and Sachdeva was translated and summarized by the linguist as follows:

    a. Sachdeva's business partner, Ajay, asked if the Informant could take out money from a Chase bank account belonging to a white guy who had about eight to ten thousand in the account.

    b. The Informant asked Sachdeva to forward the account details and the Informant would try to get the verification.

24.     Following the call, the Informant received a text from Sachdeva's Telephone Number containing identification and banking information for SM:[3] the name of SM's bank, SM's online banking user name and password, SM's social security number and date of birth, a photograph of SM's driver's license, which included a photograph of SM, SM's driver's license number, and SM's address.

25.     Using the driver's license and other information provided by Sachdeva, FBI agents located SM at his home in Illinois and interviewed him on October 28, 2019. SM, who is approximately 68 years old, provided agents with personal identifiers and his banking information and it matched the information provided to the Informant by Sachdeva. SM also relayed the following to the agents:

    a. SM is a Navy veteran and retired Vice President of a medical device company.

    b. Approximately two years ago, SM purchased computer tech-support from a company he found by searching for tech-support companies on the internet.

    c. SM was sold a three year maintenance plan for approximately $295 and allowed an individual from the tech-support company to remotely access his computer.

    d. SM was periodically contacted by the tech-support company and was told multiple times that there were problems with his computer, but SM never observed any of the problems independently.

---

[3] Victim names and personal identification information are not revealed for the protection of the victims.

e. Approximately three weeks prior to the interview, the tech-support company called SM and told him that his computer was infected with a virus.

f. The tech-support company attempted to charge SM $100 to $200 to fix his computer, but SM refused because he had not noticed any problems with his computer.

g. The tech-support company then offered to provide the service for free if SM was over the age of 65 and could verify his age by sending a photograph of his driver's license. SM provided the photograph of his driver's license and allowed the tech-support company to remotely access his computer.

h. SM was shown the photograph of his driver's license that Sachdeva had sent the Informant, and SM said that that was the same photograph he had sent the tech-support company.

i. SM was also shown the online bank account information which was received by the Informant and identified the information to be his and to be accurate.

26. On October 30, 2019, the Informant and Sachdeva had the following text exchange, in which the Informant, at my direction, said that he had taken money from SM's account and sought additional victims:

| Timestamp-Date | From | Body |
| --- | --- | --- |
| 10/30/2019 | Informant | Happy Diwali to Bhabhi too [Happy Diwali to sister-in-law too] |
| 10/30/2019 | Informant | And bhai I got the 5k from that customer [And brother I got 5K from that customer] |
| 10/30/2019 | Sachdeva | Thank you Best wishes from her side :)<br><br>Cool |
| 10/30/2019 | Informant | (Heart emoji)<br><br>Where do you want the money<br><br>And send more customers like this |
| 10/30/2019 | Informant | Lol<br><br>There was nothing I could steal out of that screen shot that you deleted |

| 10/30/2019 | Sachdeva | Lol<br><br>Acha nahi lagta debt dikhana[**does not look good to show debt**] |
|---|---|---|
| 10/30/2019 | Informant | Lol |
| 10/30/2019 | Sachdeva | *(Image File or Photograph of online Wells Fargo Account Summary Page)*<br><br>Can u steal from this? |
| 10/30/2019 | Informant | Let me see<br><br>This is new customer? |
| 10/30/2019 | Sachdeva | Let me ask |
| 10/30/2019 | Informant | Is it real time |
| 10/30/2019 | Sachdeva | Yes abhi bheja hai [**Yes just sent**]<br><br>Old customer |
| 10/30/2019 | Informant | Ok |
| 10/30/2019 | Sachdeva | Let me know what all information you require |
| 10/30/2019 | Informant | Same like last one<br><br>More the better |
| 10/30/2019 | Sachdeva | Ok<br><br>Id proof is required v |
| 10/30/2019 | Informant | If you have else we are good |

27.    The Informant did not, in fact, withdraw any money from SM's account or any other victim account described in this affidavit. In communications with the Informant, the Informant indicated that funds had been withdrawn from victim accounts for the purpose of furthering the investigation of Sachdeva's activities.

28.    Soon after the text exchange, the Informant had a series of telephone calls with the user of Sachdeva's Telephone Number, who the Informant identified as Sachdeva. The

10

conversation between the Informant and Sachdeva was translated and summarized by the linguist as follows:

 a. Sachdeva tells the Informant that he has another account for SM, but only has the log in information for one account.

 b. Sachdeva tells the Informant about a customer that Ajay has given him who has $370,000 in his account. Sachdeva gave the Informant the last four digits of the prospective victim's social security number and the individual's name.

 c. Sachdeva says he got stuck on the security question on that victim's account. He tells the Informant he will provide the individuals date of birth in an hour and a half.

 d. Sachdeva said he had signed a victim up for automatic debit on Gemini, a crypto currency account.[4] Sachdeva told the Informant that he has a limit of up to $500 and has used the victim's account twice so far.

 e. Sachdeva told the Informant he has the login and social security number of the person and the person does not know.

 f. Sachdeva told the Informant that he found this customer from his old data storage.

**iv. Plan to steal money from CP's account using CP's account and identification information.**

29. From October 2019, at my direction and in my presence, the Informant communicated with Sachdeva concerning Sachdeva's scheme and effort to withdraw funds from CP's bank account by having the Informant pose as CP.

30. Following the call, the Informant and the user of Sachdeva's Telephone Number exchanged the following text messages discussing a bank account:

| Timestamp-Date | From | Body |
|---|---|---|
| 10/30/2019 | Sachdeva | Also I have one account northwest uska sab hai mere paas **[Also I have one account northwest, I have everything for that]** |

---

[4] Gemini Trust Company, LLC is a digital currency exchange and custodian that allows customers to buy, sell, and store digital assets, such as cryptocurrency.

| 10/30/2019 | Sachdeva | Northwest se nikal sakta hair[ **Can it be taken out from Northwest]** |
|---|---|---|
| 10/30/2019 | Sachdeva | Access is with me only |
| 10/30/2019 | Sachdeva | Do you have a laptop right now? |
| 10/30/2019 | Informant | Yes |
| 10/30/2019 | Sachdeva | Northwest.bank |
| 10/30/2019 | Informant | Send whatever you can |
| 10/30/2019 | Sachdeva | Go to log in |
| 10/30/2019 | Informant | Next? |
| 10/30/2019 | Informant | Login id password |
| 10/30/2019 | Sachdeva | Username: 70XXX<br><br>Password: SPXXXXXXXXX<br><br>S is capital |
| 10/30/2019 | Informant | Ok |
| 10/30/2019 | Sachdeva | Send code on 2946 number<br><br>Its my number only |
| 10/30/2019 | Informant | Ok |
| 10/30/2019 | Sachdeva | *(Screenshot of Northwest bank login page with Login ID entered as: 70XXX)* |
| 10/30/2019 | Sachdeva | *(Screenshot of Northwest bank login page with Login ID with Login ID entered as: 70XXX and Password entered as: SPXXXXXXXX)* |
| 10/30/2019 | Sachdeva | I got her login information saved on my browser |
| 10/30/2019 | Informant | Ok |
| 10/30/2019 | Informant | Let me try again |
| 10/30/2019 | Sachdeva | *(Screenshot of Northwest bank account page for CP, listing five bank accounts)* |
| 10/30/2019 | Sachdeva | Worked? |

12

| 10/30/2019 | Informant | Wait<br>There<br>??? |
|---|---|---|
| 10/30/2019 | Sachdeva | Ji [okay] |
| 10/30/2019 | Sachdeva | 814-720-XXXX<br>SSN: 210-XX-XXXX |
| 10/30/2019 | Sachdeva | Kitna % offer kru usko? [What percentage should I offer him?] |
| 10/30/2019 | Informant | Kis ko [Whom] |
| 10/30/2019 | Sachdeva | Ajay ko [To Ajay] |
| 10/30/2019 | Informant | It is his data?<br>Everything |
| 10/30/2019 | Sachdeva | Na [no] |
| 10/30/2019 | Informant | I though you said it's yours<br>% for what to him then |
| 10/30/2019 | Sachdeva | Wells fargo is his<br>Northwest and Chase is ours |
| 10/30/2019 | Informant | Ok but you never gave me details for that |
| 10/30/2019 | Sachdeva | I told me to give all the info and he is asking how much will he get |
| 10/30/2019 | Informant | Is your % included with him? |
| 10/30/2019 | Sachdeva | No |
| 10/30/2019 | Informant | Let's do 50-50 |
| 10/30/2019 | Sachdeva | 50 bolu usko? [Should is say 50 to him]<br>Nach nach ke leke ayga [ he will work hard and get them] |

31.    Shortly after the exchange, the Informant received via text from Sachdeva's Telephone Number a photograph of a Pennsylvania Driver's license for CP. (From context and

13

the timing of the exchange, it may be inferred that the Northwest Bank account discussed in the exchange belonged to CP.  And as further investigation revealed, the account did belong to CP.)

32.     On November 5, 2019, the Informant and the user of Sachdeva's Telephone Number exchanged the following text messages, in which the Informant pretended that money had been taken from CP's account:

| Timestamp-Date | From | Body |
|---|---|---|
| 11/5/2019 | Sachdeva | (emoji) kuch hua? **[did something happen?]** |
| 11/5/2019 | Informant | Yes we got 10 k from other customer |
| 11/5/2019 | Sachdeva | CP ? |
| 11/5/2019 | Informant | Yes |
| 11/5/2019 | Sachdeva | Cool<br><br>(emoji) |
| 11/5/2019 | Informant | More customers? |
| 11/5/2019 | Sachdeva | Will ask ajay now |
| 11/5/2019 | Informant | Ok |
| 11/5/2019 | Sachdeva | Do hi the apne **[ only two were ours]** |
| 11/5/2019 | Informant | More the better you know it |
| 11/5/2019 | Sachdeva | Yes<br><br>2 customer 15k Gone |
| 11/5/2019 | Informant | How? |
| 11/5/2019 | Sachdeva | 5k 10k<br><br>(referring to the $5,000 Sachdeva believes was taken from SM) |
| 11/5/2019 | Informant | Yes |
| 11/5/2019 | Sachdeva | If bank login is not necessary then I can search my old customers who were rich |

14

| 11/5/2019 | Informant | Send what you have let's see what we can get out of them |
|---|---|---|
| 11/5/2019 | Sachdeva | Okay |
| 11/5/2019 | Informant | In the mean while tell me where you want the money and I will look into it<br><br>Alright |
| 11/5/2019 | Sachdeva | Yaho hojygi? [**will his happen**]<br><br>U take care<br><br>Will send you more details and will ask ajay too now |

33.     Using the information provided by Sachdeva about CP, FBI agents located CP and on November 8, 2019 interviewed her at her home in Florida. CP, who is approximately 69 years old, provided agents with personal identifiers and banking information that matched the information provided to the Informant by Sachdeva. CP also relayed the following to the agents:

    a.   A couple of months ago, when CP resided in Pennsylvania, she gave the "Geek Squad" remote access to her laptop to assist with some problems she was having with her computer.

    b.   CP had previously paid for technical support with Geek Squad, when she purchased her computer from Best Buy several years ago.

    c.   Approximately three weeks ago, CP noticed an unauthorized automatic withdrawal of $500 from her bank account.

    d.   CP contacted the bank and tried to close the account, and although the bank moved her money to a different account, the account number remained the same.

    e.   CP noticed that additional $500 automatic withdrawals were taken by a company called Gemini.

    f.   CP does not know of a company named Gemini and did not authorize any withdrawals in the amount of $500.

    g.   CP was shown a photograph of a Pennsylvania driver's license which was received by the Informant and identified it as her Pennsylvania driver's license that she had surrendered prior to obtaining a Florida identification card.

    h.   CP confirmed that the telephone and social security number which was received by the Informant was hers.

i. Additionally, CP was shown photographs of an account page, a bank login and password which were received by the Informant and CP confirmed the photos where her bank login, password and account information.

**v. Plan to steal money from CW's account using CW's account and identification information.**

34. In November 2019, at my direction and in my presence, the Informant communicated with Sachdeva concerning Sachdeva's scheme and effort to withdraw funds from CW's bank account by having the Informant pose as CW.

35. On November 6, 2019, the Informant received via text from Sachdeva's Telephone Number a photograph of CW's Florida driver's license Sachdeva, a screen shot of a conversation that provided a Fidelity Bank user identification and password, and CS's social security number, full name, address, phone number, and date of birth. The users of Sachdeva's Telephone Number also texted the following: "Around 80K in fidelity and 90K in boa Edwardjones -438000."

36. Using the information provided by Sachdeva, FBI agents located CW and on November 25, 2019 interviewed him at his home in Florida. CW, who is approximately 89 years old, provided agents with personal identifiers and banking information that matched the information provided to the Informant by Sachdeva. During the interview, the agents learned the following from CW or from their investigation of items at CW's residence:

a. On June 12, 2018, an email titled "Your receipt for payment to Deepak Bhatia." The email contained a PayPal receipt in the amount of $384.00. CW did not recall this PayPal transaction and does not know anyone by this name.

b. Agents reviewed the properties section for the "Supremo" software observed on CW's computer and the Created Date is June 12, 2018.

c. In October 2019, CW received a telephone call from a male with an Asian accent who told CW that he worked for Microsoft in California.

d. The caller told CW that he was going to update his computer service.

e. CW purchased the service for $130.99 using his Bank of America credit card.

16

    f.    After the service was paid for, the caller gained remote access to CW's computer and installed Nanosystems "Supremo" software onto his desktop.

    g.    The caller also displayed an invoice for the service on CW's desktop.

    h.    The caller told CW that the update would take a few hours.

    i.    Approximately, two weeks later, CW was looking at his Bank of America credit card statement and noticed two unauthorized PayPal transactions, to include one using a check CW knew to still be in his checkbook. Bank of America closed CW's account.

    j.    After CW closed his Bank of America account the caller phoned CW and asked why CW closed his account instead of contacting the caller.

    k.    CW did not recall sending a photo of his driver's license to anyone.

    l.    CW also has accounts with Edward Jones and Fidelity.

    m.    CW confirmed that the username and password received by the Informant are associated with his bank account.

**vi.    Plan to steal money from RN's account using RN's account and identification information.**

37.    In November 2019, at my direction and in my presence, the Informant communicated with Sachdeva concerning Sachdeva's scheme and effort to withdraw funds from RN's bank account by having the Informant pose as RN.

38.    On November 6, 2019, the Informant received the following text message from Sachdeva's Telephone Number concerning RN:

| Timestamp-Date | From | Body |
|---|---|---|
| 11/6/2019 | Sachdeva | Nusenda Credit Union<br>ID NeXXXXXX<br>Password askXXXXXX<br>SSn 525XXXXXX<br>NAME: RXXXX NXXX<br>PHONE: 505-XXX-XXXX<br>EMAIL ADDRESS: XXXXXXXXX@gmail.com |

17

| | | DATE OF BIRTH: 8/XX/XX |
|---|---|---|
| | | ADDRESS: 137 XXXXXX Lane, SE XXX XXXXX, NM XXXXX |

39.     Shortly after the text, the Informant received via text from the user of Sachdeva's Telephone Number a photograph of RN's driver's license.

40.     Using the information provided by Sachdeva, FBI agents located RN and on November 8, 2019 interviewed RN at his home in New Mexico.  RN, who is approximately 87 years old, provided agents with personal identifiers and banking information that matched the information provided to the Informant by Sachdeva.  RN also provided the following additional information to the agents:

a.  RN utilized two companies in Los Angeles, California, for over a year for virus issues for his company computer.

b.  RN provided agents with an invoice from one of the companies showing he paid $599.00 on June 29, 2019 for the "Plus Plan." The invoice indicates that RN paid using his Visa credit card.

c.  In September 2019, RN was contacted via phone, by a male with a unknown accent, stating he was from an IT company out of Florida.  The male told RN he had overpaid for his computer services and asked RN to provide his bank account to receive the refund.  RN had not done work with a company out of Florida and did not provide the male with any information.

d.  On November 5, 2019, RN received a phone call from Jerry LNU, from AM PC Solutions, involving an issue with his computer.

e.  Jerry LNU spoke with an Indian accent.

f.  Jerry LNU accessed RN's computer remotely using a password protected Team Viewer program. RN provided the password to Jerry LNU which allowed him to gain access to his computer.

g.  RN paid Jerry LNU approximately $138.00, using his Wells Fargo Visa credit card.

h.  On November 6, 2019, the Wells Fargo Fraud Department notified RN of a suspicious charge on his credit card for $1,700.  RN checked his Wells Fargo Business Visa account and noticed several unauthorized payments for various amounts from Paypal.

i.  RN was shown the driver's license and online bank account information which was received by the Informant and identified the information to be his and to be accurate.

vii.   **Plan to steal money from PP's account using PP's account and identification information.**

41.     In November 2019, at my direction and in my presence, the Informant communicated with Sachdeva concerning Sachdeva's scheme and effort to withdraw funds from PP's bank account by having the Informant pose as PP.

42.     Also on November 6, 2019, the Informant received via text from Sachdeva's Telephone Number information about PP:

| Timestamp-Date | From | Body |
|---|---|---|
| November 6, 2019 | Sachdeva | *PP's Name* |
| November 6, 2019 | Sachdeva | Phone 571XXXXXXX |
| November 6, 2019 | Sachdeva | DOB 05/XX/XXXX |
| November 6, 2019 | Sachdeva | Address XXXX Victoria Street, XXXXXX, VA XXXX |
| November 6, 2019 | Sachdeva | All in one credit union ID paXXXX PasswordMyaXXXXXX |
| November 6, 2019 | Sachdeva | Email xxxxxx@verizon.net<br><br>SSN 265XXXXXX |

The Informant also received via text from Sachdeva's Telephone Number a photograph of PP's driver's license.

43.     Using the information provided by Sachdeva, FBI agents located PP and on November 21, 2019 interviewed him at his home in Virginia.  PP, who is approximately 74 years old, provided agents with personal identifiers and banking information that matched the information provided to the Informant by Sachdeva.  PP provided the following additional information to agents:

   a.  In October 2019, PP had received a telephone call from an individual purporting to be a Microsoft computer technician or "Tech."

   b.  PP said the caller had an Indian accent, but American sounding name.

   c.  The Tech told PP that he had previously paid for Microsoft Computer Tech through PayPal and it was time to review his computer again.

d.  PP did not recall having paid for services through PayPal.

e.  The tech directed PP to www.Supremo.com, which allowed the Tech to remotely access PP's computer.

f.  The Tech told PP that individuals had tried to access his computer, but the problem had been fixed.

g.  The Tech opened a document and told PP to enter his name, date of birth, social security number, address and passwords.

h.  PP believed this information was being used by the Tech to troubleshoot his computer.

i.  PP was then transferred to the Finance Department to pay the approximately $230.99 Microsoft Technician service fee. PP provided his name, banking institution, bank account number, routing number, debit card number, and three digit to card security code to the representative.

j.  The Tech told PP it would take approximately 3 hours to troubleshoot his computer. PP left his home and returned later to find that the troubleshooting was complete and his computer was working.

k.  The first week of November 2019, PP was again contacted by an individual, with an Indian accent, purportedly from Microsoft. The Tech told PP that it was necessary to upgrade PP's computer for increased security.

l.  PP provided all of his personal information to the Tech.

m.  The Tech told PP to purchase a prepaid card at Best Buy. However, before he could do so, PP's son stopped PP from purchasing the prepaid card.

n.  PP was contacted by his bank and found that fraudulent activity had occurred on his account to include approximately $1,700 withdrawn in October without PP's authorization by Xoom.com, an overseas money transfer company.

o.  PP also had an unauthorized transactions in his credit union account. Someone had attempted to deposit a check, purportedly written by PP, for $998.

p.  PP was shown a photo of a Virginia driver's license which was received by the Informant and identified the license as his Virginia driver's license.

q.  PP maintains a scanned copy of his driver's license on his computer and the driver's license file was on his computer when the Tech gained access to his computer.

20

r.   PP confirmed the date of birth, social security number and address, which was received by the Informant, was his.

s.   PP told Agents that the email and phone number received by the Informant were previously used by him, however, he now has a new phone number and uses a different email address.

**viii.   Further communications with Sachdeva about victims.**

44.   In November 2019, at my direction and in my presence, the Informant communicated with Sachdeva concerning payment for Sachdeva and his belief that victims had been defrauded through his scheme and efforts.

45.   On November 12, 2019, the Informant had the following text exchange with the user of Sachdeva's Telephone Number concerning victim names and information previously provided by Sachdeva:

| Timestamp-Date | From | Body |
|---|---|---|
| 11/12/2019 | Informant | Hi<br>Kya haal **[How are you]**<br>What's the website to login to credit union |
| 11/12/2019 | Sachdeva | Which credit union bhai? **[Which credit union brother?]**<br>All well<br>How are you? |
| 11/12/2019 | Informant | Second one the customer name [PP]<br>I am good<br>How much money he got? |
| 11/12/2019 | Sachdeva | https://allXXXXX.com<br>No idea around 2K<br>Anything from [CW]? |
| 11/12/2019 | Informant | Which one is that |
| 11/12/2019 | Sachdeva | (Forwards the photo he sent the Informant of CW's information)<br>This uncle<br>Next session kab hai? **[When is the next session?]** |

21

| 11/12/2019 | Informant | Wait<br><br>2 mins<br><br>I am still working on [CW], and credit unions are hard…but I am still working on them |
| 11/12/2019 | Sachdeva | Okay |

46.     On November 20, 2019, the Informant called Sachdeva's Telephone Number and spoke to a male who the Informant identified as Sachdeva.   The conversation between the Informant and Sachdeva was translated and summarized by the linguist as follows:

    a.   The total taken out of the five accounts provided by Sachdeva was $23,000.

    b.   Sachdeva tells the informant that he is traveling to Dubai next week and will try to come to the United States when his wife is on winter break from school in December.

**ix.     Effort to obtain share of proceeds from fictitious withdrawals and plan and effort to steal money from RT's account using RT's account and identification information.**

47.     In November 2019, at my direction and in my presence, the Informant communicated with Sachdeva concerning, among other things, Sachdeva obtaining a share of proceeds from the fictitious withdrawals from victim accounts and Sachdeva's scheme and effort to withdraw funds from RT's bank account by having the Informant pose as RT.

48.     On November 26, 2019, the Informant called Sachdeva's Telephone Number and spoke to a male who the Informant identified as Sachdeva.  The conversation between the Informant and Sachdeva was translated and summarized by the linguist as follows:

    a.   The Informant reiterates that money has been taken from accounts provided by Sachdeva.

    b.   The Informant said that he wanted to send Sachdeva $1000 in bitcoin as a trial, explaining that money launderers did not generally deal with such small amounts and that bitcoin transfers were a better way of transmitting scam money.  The Informant also asked for Sachdeva's QR code and Bitcoin wallet address.[5]

---

[5]  A QR code, similar to a barcode, is a machine-readable label or image that contains data.  QR codes can contain Bitcoin wallet address information, which is information necessary for transferring money into a Bitcoin wallet.

    c.   Sachdeva said that Ajay was generating additional customers and that information about them would be relayed to the Informant.

    d.   Sachdeva said that he was presently working on the account of a retired U.S. Army general, that the account contained $350,000 to $400,000 in it, and that the account and personal information would be sent to the Informant.

49.    Soon after the call, the Informant received from Sachdeva's Telephone Number a text message containing a cryptocurrency wallet QR code.

50.    Later on the same day, the Informant and the user of Sachdeva's Telephone Number exchanged the following text messages, in which the Informant received information about RT and his accounts:

| Timestamp-Date | From | Body |
|---|---|---|
| 11/26/2019 | Informant | Home? |
| | Sachdeva | Yes<br>[RT]<br>210-973-XXXX<br>210-416-XXXX<br>210-973-XXXX<br>BtXXXX@gvc.com<br>09/17/XXXX<br>460-76-XXXX<br>USAA Bank |
| 11/26/2019 | Informant | Who is this |
| 11/26/2019 | Sachdeva | www.usaa.com<br>aathXXXX<br>1970XXXX |
| 11/26/2019 | Informant | The army guy<br>? |
| 11/26/2019 | Sachdeva | Around 350000<br>Yes<br>Have more than 1 Million in all his accounts |

| 11/26/2019 | Informant | Alright |

51.     Using the information provided by Sachdeva, FBI agents located RT and on December 6, 2019 interviewed him at his home in Texas.  RT, who is approximately 73 years old, provided agents with personal identifiers and banking information that matched the information provided to the Informant by Sachdeva.  RT provided the following additional information to agents:

a.  In 2017, RT looked for a company to provide technical support for his computer.  He contacted a company he found online.

b.  RT mailed two checks from his bank account, each for $399.50, to the company.  The payments were for lifetime technical support for his computer.

c.  RT mailed the checks to Arizona and believed that is where the company was located.

d.  Between 2017 and 2019, RT contacted the company approximately six times for computer technical support.

e.  RT could call the company for computer support when he received popup messages on his computer.  The popups would have security alter messages.

f.  After the company fixed an issue on RT's computer, one of the company's agents would do a follow up call to see if RT was satisfied with the services he received.

g.  RT never sent a wire or gift card for computer services.

h.  RT did not provided the company a copy of his driver's license.

i.  RT stated that he has a copy of his driver's license saved in his email.

j.   RT confirmed the date of birth, social security number and address, which was received by the Informant, was his.

k.  RT confirmed that phone numbers received by the Informant were his.

l.  RT confirmed that the bank account log in and password received by the Informant were his.

m.  RT stated that he had one account with his bank that had approximately $350,000 in it.

ix.    **Plan and effort to steal money from RG's account using RG's account and identification information.**

52.    In November 2019, at my direction and in my presence, the Informant communicated with Sachdeva concerning Sachdeva's scheme and effort to withdraw funds form RG's bank account by having the Informant pose as RG.

53.    On November 26, 2019, the Informant had the following text exchange with the user of Sachdeva's Telephone Number concerning primarily RG:

| Date: | From: | Body: |
|-------|-------|-------|
| 11/26/2019 | Sachdeva | [RG]<br>843-290-XXXX<br>843-290-XXXX<br>05/01/XXXX<br>107-46-XXXX<br>Wellsfargo<br>Around 150000 |
| 11/26/2019 | Informant | All of these belong to you right |
| 11/26/2019 | Sachdeva | rgibXXX<br>mayXXX<br>Userid and password for wellsfargo<br>Yes these 2 our ours<br>For [RT] I added my number and email in his account |
| 11/26/2019 | Informant | Do you have Id proofs for them |
| 11/26/2019 | Sachdeva | [RT] No<br>For [RG] expired id<br>*Sends a photo of RT's Texas Driver's License* |
| 11/26/2019 | Informant | Alright |
| 11/26/2019 | Sachdeva | Anything else bhai? |
| 11/26/2019 | Informant | Calling you |

54.    Using the information provided by Sachdeva, FBI agents located RG and on December 6, 2019 interviewed him at his home in Texas.  RG, who is approximately 67 years old, provided agents with personal identifiers and banking information that matched the information provided to the Informant by Sachdeva.  RG provided the following additional information to agents:

a.  In or around 2017, RG learned of a computer service company that would ensure his home computer system was free of viruses and other issues.  RG believed he may have learned of the company from something he saw on his computer as an ad or website.

b.  RG identified and called the listed number for the company and spoke to an individual who identified himself as Chris Williams.  Williams had an accent by RG did not know its origin.

c.  Williams explained that the company has several tiers of service pricing.  RG was never asked by anyone at the company to provide his date of birth, social security number, account password or usernames, nor a photo of his driver's license.

d.  RG chose the cheapest tier of service which RG believed to be a onetime charge.  On RG and his wife's November 2019 American Express credit card statement, RG's wife identified a charge from the company in excess of $500.

e.  After signing up for the company's services, RG was contacted approximately every six months by the company during which time, an individual from the company accessed RG's computer for approximately twenty minutes in order to "examine" it for viruses.  During one of these instances, RG's wife recalled observing someone from the company "taking over" RG's computer while RG was on the phone.

f.  On November 18, 2019, RG received a call from a bank that an unknown individual had attempted to set up a bank account in RG's name.

g.  RG learned that someone had changed the telephone number assigned to RG and his wife's primary bank.

h.  A Venmo account was set up in RG and his wife's names and that on or about November 4, 2019, a series of transfers totaling approximately $300 were made to an individual named Brittany Nelson.  Neither RG nor his wife knew anyone named Brittany Nelson.

26

**x.      Payment Made to Sachdeva**

55.     On December 11, 2019, utilizing the cryptocurrency wallet QR code provided by Sachdeva on November 26, 2019, FBI agents had $1,000 deposited into Sachdeva's cryptocurrency wallet.

56.     On December 12, 2019, the Informant received from Sachdeva's Telephone Number a text confirming receipt of money.

**xi.     Probable Cause**

57.     Based on the above, there is probable cause to believe that a group planned and on multiple occasions attempted to execute a scheme to defraud, and that the scheme operated as follows:

- Sachdeva, with assistance from others, including Ajay, received information about SM, CP, CW, RN, PP, RT, and RG, including names and other personal identifiers as well as online bank account usernames and passwords.
- Sachdeva forwarded that information to the Informant for the purpose of having the Informant withdraw funds from SM, CP, CW, RN, PP, RT, and RG's accounts using the information provided, which enabled the Informant to pose as those individuals.

## CONCLUSION

58.    Based on the above, I believe that there is probable cause to believe that Chirag

Sachdeva committed the offenses specified in paragraph 2 above.

_____
Special Agent Craig A. Graham
Federal Bureau of Investigation

Subscribed and sworn to before
me this 12th day of February 2020,
at Providence, Rhode Island

_____
LINCOLN D. ALMOND
United States Magistrate Judge