PER 18 U.S.C. 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ INFORMATION  ☐ INDICTMENT  ☒ COMPLAINT   CASE NO. *1:20MJ15LDA*

Matter Sealed: ☐ Juvenile  ☐ Other than Juvenile

☐ Pre-Indictment Plea  ☐ Superseding  ☐ Defendant Added
☐ Indictment  ☐ Charges/Counts Added
☐ Information

**USA vs.**

Defendant: Chirag Sachdeva

Address: Unknown
India

---

Name of District Court, and/or Judge/Magistrate Location (City)

UNITED STATES DISTRICT COURT   **RHODE ISLAND**
DISTRICT OF RHODE ISLAND    Divisional Office

Name and Office of Person   **AARON WEISMAN**
Furnishing Information on  ☒ U.S. Atty  ☐ Other U.S. Agency
THIS FORM   Phone No. **(401) 709-5000**

Name of Asst.   Milind M. Shah
U.S. Attorney
(if assigned)

☐ Interpreter Required   Dialect: _____

**REDACTED**   ☐ Alien
(if applicable)

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)
Craig A. Graham, Special Agent ~ FBI

Social Security Number _____

☐ person is awaiting trial in another Federal or State Court
(give name of court)

☐ this person/proceeding transferred from another district
per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges
previously dismissed which were
dismissed on motion of:

☐ U.S. Atty ☐ Defense

☐ this prosecution relates to a
pending case involving this same
defendant. (Notice of Related
Case must still be filed with the
Clerk.)

☐ prior proceedings or appearance(s)
before U.S. Magistrate Judge
regarding this defendant were
recorded under

SHOW
DOCKET NO.

MAG. JUDGE
CASE NO.

Place of RHODE ISLAND    County
offense

### DEFENDANT

Issue: ☑ Warrant  ☐ Summons

Location Status:

Arrest Date _____ or Date Transferred to Federal Custody _____

☐ Currently in Federal Custody
☐ Currently in State Custody
☐ Writ Required
☐ Currently on bond
☐ Fugitive

Defense Counsel (if any): _____

☐ FPD  ☐ CJA  ☐ RET'D
☐ Appointed on Target Letter

☐ This report amends AO 257 previously submitted

## OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS

Total # of Counts 4 _____

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Felony/Misd. |
|-----|------------------------------|-------------------------------|--------------|
| | See Attachment | | ☐ Felony ☐ Misdemeanor |
| | | | ☐ Felony ☐ Misdemeanor |
| | | | ☐ Felony ☐ Misdemeanor |
| | | | ☐ Felony ☐ Misdemeanor |
| | | | ☐ Felony ☐ Misdemeanor |
| | | Estimated Trial Days: 5 | ☐ Felony ☐ Misdemeanor |

## ATTACHMENT TO DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION – IN U.S. DISTRICT COURT

DEFENDANT:  Chirag Sachdeva

COUNT I: 18 U.S.C. § 1343: Wire Fraud – Felony.

MAXIMUM PENALTIES:  Imprisonment: 20 years; Supervised release: 3 years; Fine: $250,000; and Special assessment: $100.

COUNT II: 18 U.S.C. § 1344: Bank Fraud – Felony.

MAXIMUM PENALTIES:  Imprisonment: 30 years; Supervised release: 5 years; Fine: $1,000,000; and Special assessment: $100.

COUNT III: 18 U.S.C. § 1349: Conspiracy to commit the aforementioned frauds – Felony.

MAXIMUM PENALTIES:  Imprisonment: 30 years; Supervised release: 5 years; Fine: $250,000; and Special assessment: $100.

COUNT IV: 18 U.S.C. § 1028A: aggravated identity theft – Felony.

MAXIMUM PENALTIES:  Imprisonment: 2 years; Supervised release: 3 years; Fine: $250,000; and Special assessment: $100.