AO 468 (Rev. 01/09) Waiver of a Preliminary Hearing

# UNITED STATES DISTRICT COURT
for the
District of Rhode Island

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| CHIRAG SACHDEVA | ) | Case No.   1:20MJ15LDA |
| | ) | |
| _Defendant_ | ) | |

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court.  A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5 or Fed. R. Crim. P. 32.1.

Date:   02/21/2020

_____
_Defendant's signature_

_____
_Signature of defendant's attorney_

Jason P. Knight
_Printed name and bar number of defendant's attorney_

The Law Office of Jason Knight
One Turks Head Place
Suite 1440
Providence, RI 02903
_Address of defendant's attorney_

jason.knight@jasonknightlaw.com
_E-mail address of defendant's attorney_

401-865-6075
_Telephone number of defendant's attorney_

_____
_FAX number of defendant's attorney_