*Served*

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the

FEB 1 2 2020

United States of America

v.

Chirag Sachdeva, YOB: 1990

*Defendant*

Case No.

1:20MJ15LDA

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Chirag Sachdeva                                                     ,
who is accused of an offense or violation based on the following document filed with the court:

❐ Indictment      ❐ Superseding Indictment      ❐ Information      ❐ Superseding Information      ☑ Complaint

❐ Probation Violation Petition      ❐ Supervised Release Violation Petition      ❐ Violation Notice      ❐ Order of the Court

This offense is briefly described as follows:

Attempted wire fraud: 18 U.S.C. §§ 1343, 1349,
Attempted bank fraud: 18 U.S.C. §§ 1344, 1349,
Conspiracy to commit and/or attempt the aforementioned frauds: 18 U.S.C. § 1349,
Aggravated identity theft: 18 U.S.C. § 1028A.

Date:    2/12/20

_____
*Issuing officer's signature*

City and state:    Providence RI

Lincoln D. Almond, U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 2/12/2020 , and the person was arrested on *(date)* 2/14/2020 at *(city and state)* WARWICK, RI . |

Date: 2/18/2020

_____
*Arresting officer's signature*

BROWN, ERICK Senior Inspect
*Printed name and title*