## UNITED STATES OF AMERICA
## DISTRICT COURT OF RHODE ISLAND

United States of America

V.                                                    Case no: 20-MJ-15 LDA

Chirag Sachdeva

### MOTION TO WITHDRAW

Now comes Attorney Jason Knight as court appointed counsel for the defendant and

moves to withdraw from the case. As grounds for this motion, Attorney Knight avers that private

counsel has entered their appearance.

Respectfully submitted,

/s/ Jason Knight

Jason Knight, Bar # 7329
1 Turks Head Place Suite 1440
Providence RI 02903
(401) 865-6075
Jason.knight@jasonknightlaw.com
Date: March 30, 2020

### CERTIFICATION

I certify that on March 30, 2020, I served the above document on AUSA Milind Shah and
Attorney John Calcagni via the Court's Case Management/Electronic Case Files (CM/ECF)
system.

/s/ Jason Knight

1