UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

v.

CHIRAG SACHDEVA

Criminal Number 20-mj-0015 LDA

MOTION TO EXCLUDE TIME
UNDER THE SPEEDY TRIAL ACT

The United States moves to exclude the period of time beginning on February 12, 2020 and extending through October 15, 2020 from the period within which an indictment or information must be filed against Defendant under 18 U.S.C. § 3161(b).  As grounds for this motion, the United States notes the following:

1.      plea negotiations are in progress, and Defendant's counsel has no objection to the exclusion of the aforementioned period of time, and

2.      allowing the parties time to confer and proceed having had an opportunity to reach agreement on the terms of Defendant's prosecution will likely result in a more prompt and efficient resolution of the matter thereby minimizing the need for further pre-trial and trial proceedings, and thereby conserving judicial resources.

The United States submits that the ends of justice will be served by excluding the aforementioned time period and that such ends of justice outweigh any interest Defendant or the public may have in a speedy indictment and/or trial.

Respectfully submitted,

AARON L. WEISMAN
United States Attorney

/s/ Milind Shah
MILIND SHAH
Assistant U. S. Attorney,
U. S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5000 (voice)
401-709-5001 (facsimile)
milind.shah@usdoj.gov

CERTIFICATION

I hereby certify that today, August 3, 2009, I electronically filed the above Motion and had the filing electronically forwarded to Defendant's counsel John L. Calcagni at jc@calcagnilaw.com and by mail to John Calcagni, Esquire, One Custom House Street, 3rd Floor, Providence, Rhode Island 02903.

/s/ Milind M. Shah
MILIND M. SHAH
Assistant U. S. Attorney,
U. S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5000 (voice)
401-709-5001 (facsimile)
milind.shah@usdoj.gov