UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal Number 20-mj-0015 LDA |
| v. | |
| CHIRAG SACHDEVA | |

ORDER

The United States having moved this Court for an Order excluding the period of time beginning on February 12, 2020 and extending to October 15, 2020 from the thirty day period within which an indictment or information must be filed against Defendant under 18 U.S.C. § 3161(b), and upon consideration thereof;

IT IS THE FINDING OF THIS COURT that the ends of justice served by excluding the aforementioned time period outweigh the interest of the public and any interest the Defendant may have in a speedy indictment and trial, for the following reasons:

1.      plea negotiations are in progress, and Defendant's counsel has no objection to the exclusion of the aforementioned period of time, and

2.      allowing the parties time to confer and proceed having had an opportunity to reach agreement on the terms of Defendant's prosecution will likely result in a more prompt and efficient resolution of the matter thereby minimizing the need for further pre-trial and trial proceedings, and thereby conserving judicial resources.

WHEREFORE, it is on this day ORDERED that the period of time beginning on February 12, 2020 and extending to October 15, 2020 is excluded from the period within which an indictment or information must be filed against Defendant under 18 U.S.C. § 3161(b).

_____
LINCOLN D. ALMOND
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF RHODE ISLAND

Dated: August ___3___, 2020