UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal Case No _____1:20CR73JJM-LDA_____ |
| v. | In Violation of 18 U.S.C. § 1343 |
| CHIRAG SACHDEVA | |

### INFORMATION

The United States Attorney charges that:

### COUNTS ONE - SEVEN
(Wire Fraud)

#### Scheme and Artifice to Defraud

1.      Beginning on an unknown date but no later than on or about September 6, 2019, in the District of Rhode Island and elsewhere, Defendant CHIRAG SACHDEVA knowingly and with intent to defraud did devise a scheme to defraud and obtain money from victim bank accounts by means of materially false and fraudulent pretenses, representations, and promises, knowing that they were false and fraudulent when made, through the transmission of interstate commerce of wire communications.

#### Object of Scheme to Defraud

2.      The object of the scheme to defraud was for Defendant CHIRAG SACHDEVA to obtain money and things of value by having funds misappropriated from victims' bank accounts by providing another person materials and information gathered from the victims so as to enable that person to pose as each of the victims and access their bank accounts.

### Manner and Means of the Scheme to Defraud

3.     By selling purported services to victims, associates of Defendant CHIRAG SACHDEVA, who were located in India, obtained personal information and material from victims that included their names, bank names, dates of birth, social security numbers, home addresses, online-banking usernames and passwords, and driver's license photographs and numbers.

4.     In India, Defendant CHIRAG SACHDEVA obtained that personal information and material from those associates.

5.     From India, Defendant CHIRAG SACHDEVA, using and having others use the victims' online bank login information, determined or attempted to determine the amount of money in the victims' bank accounts.

6.     From India, Defendant CHIRAG SACHDEVA directed the personal information and material to another person, who was located in Rhode Island, for the purpose of having the information and material used to allow that other person to pose as the victims, withdraw money from their bank accounts, and direct a portion of the misappropriated funds to Defendant CHIRAG SACHDEVA.

### Execution of Scheme to Defraud

7.     On or about the dates set forth below, in the District of Rhode Island and elsewhere, for the purpose of executing, and attempting to execute, the scheme and artifice to defraud, Defendant CHIRAG SACHDEVA did transmit and cause to be transmitted from India to the United States certain wire communications in interstate

and foreign commerce, each wire communication constituting a separate count, as more particularly described below:

| COUNT | DATE OF WIRE TRANSMISSION | INTENDED MISAPPROPRIATION | VICTIM'S BANK ACOUNT |
|---|---|---|---|
| 1 | Oct. 21, 2019 | $8,000 - $10,000 | SM's Chase Bank Account |
| 2 | Oct. 30, 2019 | $10,000 | CP's Wells Fargo Account |
| 3 | Nov. 6, 2019 | $80,000 | CW's Fidelity Account |
| 4 | Nov. 6, 2019 | unspecified | RN's Nusenda Credit Union Account |
| 5 | Nov. 6, 2019 | unspecified | PP's ___ Credit Union |
| 6 | Nov. 26, 2019 | $350,000 | RT's USAA Bank Account |
| 7 | Nov. 26, 2019 | $150,000 | RG's Wells Fargo Account |

All in violation of 18 U.S.C. §§ 1343 and 1349.

AARON L. WEISMAN
United States Attorney

MILIND M. SHAH
Assistant U.S. Attorney

SANDRA HEBERT
Assistant U.S. Attorney
Deputy Criminal Division Chief

Date: August 31, 2020