PER 18 U.S.C. 3170

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ INFORMATION   ☒ INDICTMENT   ☐ COMPLAINT

Matter Sealed: ☐ Juvenile   ☐ Other than Juvenile
☐ Pre-Indictment Plea   ☐ Superseding   ☐ Defendant Added
☐ Indictment   ☐ Charges/Counts Added
☐ Information

Name of District Court, and/or Judge/Magistrate Location (City)

UNITED STATES DISTRICT COURT DISTRICT OF RHODE ISLAND
**RHODE ISLAND** Divisional Office

Name and Office of Person Furnishing Information on THIS FORM
**AARON WEISMAN**
☒ U.S. Atty   ☐ Other U.S. Agency
Phone No. (401) 709-5000

Name of Asst. U.S. Attorney (if assigned)
Milind M. Shah

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)
Craig A. Graham, Special Agent ~ FBI

☐ person is awaiting trial in another Federal or State Court (give name of court)

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Atty   ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

☑ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

SHOW DOCKET NO.

MAG. JUDGE CASE NO.
LDA/ 20-mj-015

Place of offense | RHODE ISLAND | County

CASE NO. **1:20CR73-JJM-LDA**

USA vs.

Defendant: Chirag Sachdeva

Address: Unknown India

☐ Interpreter Required   Dialect: _____

Birth Date ██/1990   ☑ Male   ☐ Female   ☐ Alien (if applicable)

Social Security Number _____

| DEFENDANT |
|---|

Issue: ☐ Warrant   ☐ Summons

Location Status:
Arrest Date 2/16/2020 ___ or Date Transferred to Federal Custody ___

☑ Currently in Federal Custody
☐ Currently in State Custody
☐ Writ Required
☐ Currently on bond
☐ Fugitive

Defense Counsel (if any): John L. Calcagni, Esq.
☐ FPD   ☐ CJA   ☐ RET'D
☐ Appointed on Target Letter

☑ This report amends AO 257 previously submitted

| OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS |
|---|

Total # of Counts 7

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Felony/Misd. |
|---|---|---|---|
| | 18 U.S.C. § 1343 | Wire Fraud | ☒ Felony ☐ Misdemeanor |
| | Imprisonment: 20 years/ Fine: $250,000 | Supervised Release: 3 years/ Special Assessment: $100 | ☐ Felony ☐ Misdemeanor |
| | | | ☐ Felony ☐ Misdemeanor |
| | | | ☐ Felony ☐ Misdemeanor |
| | | Estimated Trial Days: 5 | ☐ Felony ☐ Misdemeanor |