# ATTACHMENT A

## <u>Statement of Support on Behalf of Chirag Sachdeva by Mr. Kirtivaan Dhamija</u>

My name is Kirtivaan Dhamija and I am the brother in law of Chirag Sachdeva. I understand Mr. Sachdeva recently pleaded guilty to certain offenses in U.S. District Court for the District of Rhode Island and will soon be sentenced. I offer this statement on Chirag Sachdeva's behalf and for the Court's consideration at his sentencing hearing.

I am a resident of Bareilly, a city in the state of Uttar Pradesh, India. I am 23 years old. I have completed my Master's Degree in Commerce. Presently, I am working in a UK based telecom Company, Vodafone from last 13 months as a Web chat Executive. My current job location is in the state of Gujarat, India. I have been living there away from my family. Although it can be lonely at times, but it has given me the opportunity to learn more about myself, such as my strengths, weaknesses, motivations, behaviours and desires. It has helped me to become more self aware and introspective and encouraged me to mature and grow as a person.

I met Chirag Sachdeva in 2018 through my sister. They were good friends back then. On my first meeting with Mr. Sachdeva, I was really impressed by his personality and amiable nature. After a few meetings with both the families, Chirag Sachdeva got married to my sister, Deeksha Sachdeva on February 08, 2019. Since then, Mr. Sachdeva has always stood by our family in all the good and bad times.

Chirag Sachdeva is a great person. The love he has for his family is outstanding. His passion to make a difference in the world is unbelievable. He puts his heart and soul into his endeavors and surpasses any personal goal he could have set. Watching him do what he loves and watching him making a difference in the lives of others is an incredible experience. He inspires me to be the best version of myself. I look up to him. I feel that more people should strive to have the strength and passion that he amplifies in everyday life. I have never been more proud to know someone and to call someone my role model. He has taught me so many things and has always guided and motivated me like an elder brother. Apart from that, he is very kind and generous. No matter who the person is, he is always ready to help others in the best possible way he can.

I sincerely request the Judge to reconsider Chirag Sachdeva's case and show lenience in his sentencing as he deeply regrets his actions and will never repeat them. I think he should be given a second chance.

Thank you.

Mr. Kirtivaan Dhamija
(Brother in law of Chirag Sachdeva)

2

## Statement of Support on Behalf of Chirag Sachdeva by Deepanshu Manocha

My name is Deepanshu Manocha and I am a friend of Chirag Sachdeva. I understand Mr. Sachdeva recently pleaded guilty to certain offences in U.S. District Court for the District of Rhode Island and will soon be sentenced. I offer this statement on Chirag Sachdeva's behalf and for the Court's consideration at his sentencing hearing.

I am currently living in Haridwar, Uttarakhand, India running my family business here since 9 years now. I did my schooling in Ryan International School & Modern Vidya Niketan School in Faridabad, Haryana, India and cleared my Grade 12 in 2008 after that went on to Delhi University to complete my Graduate Degree in 2011. I got shifted to Haridwar in 2011 and joined my Dad's Business here and completed my M.B.A. in Operations to further strengthen my business from Sikkim Manipal University from 2011-2013. I got married to Reeva Khanna in 2016 who is a dentist by profession. I am currently managing my business and recently received an award of appreciation by the Industrial Association, Haridwar for successfully running a campaign for helping the jobless and helpless people of area by providing free food and shelter to them during the current prevailing pandemic which is being faced by the world right now.

I know Chirag Sachdeva since childhood. I met him in Grade 1 in Ryan International School and got along with him since then. It has been almost 24 years since we have been friends even though we are at present almost 30 now. While in school we enjoyed our lives, had fun, went through thick and thins together whatever a growing child faces. We went on to be a teenager together and started to learn our responsibilities towards our parents, our school, our community and participated in many activities involved in serving the community during the school whatever we could do in our capacity. To specify, we used to contribute money for the Old Age people who are homeless and also used to ask our local community for contributions for the same every year and donated the total sum through a registered organization named "HELP AGE INDIA". Being a kid in school, we developed a sense of responsibility for our parents, our old ones and how important it is to take every elderly person's opinions and suggestions in life. Chirag took this thing forward and had incorporated a habit to celebrate his Birthday's with the orphans every year. Chirag being a single mother child has done a lot for his mother and younger sister. He started his career early by doing part time work to earn living while pursuing

graduation. He sacrificed his dream of further studying and going in for Masters to start full time work to help his mother in upbringing his family in a better way and started leading form the front. His mother being a teacher taught him so well to lead that indeed he went on a further step in his life by taking loans to let his younger sister study outside of the Country and to let her excel in her career. Chirag has always been this way may it be his family, friends or even a stranger to him; he has always stood tall to help everyone may it be morally, emotionally, physically or even monetarily. Once I felt being trapped in depression and wasn't able to explain my feelings to my family, Chirag helped me overcome the situation and has been with me so as to make me feel better. I have always found a loyal and dependable friend in Chirag, in fact he is a brother figure to me who guides me in every point of life.

In addition to our friendship, he is a usually upstanding member in the neighborhood. While it is unfortunate that he has made some bad decisions, thus resulting in this case. While I was surprised to hear of the misconduct, it comes as no surprise that he is ready to accept responsibility for his actions. I believe that as we move forward, he will emerge to be a better person. In short, Chirag expressed deep sense of remorse in making such a serious mistake and I believe in his ability to pay his debt to society.

It is my sincere hope that the court takes this letter into consideration at the time of sentencing. Despite the current case, I still believe Chirag Sachdeva to be an honorable individual, a valuable member of my community, and a good human being.

(Signature)

Deepanshu Manocha

2

## <u>Statement of Support on Behalf of Chirag Sachdeva by Mrs. Deeksha Sachdeva</u>

My name is Deeksha Sachdeva and I am the wife of Chirag Sachdeva. I understand Mr. Sachdeva recently pleaded guilty to certain offenses in U.S. District Court for the District of Rhode Island and will soon be sentenced. I offer this statement on Chirag Sachdeva's behalf and for the Court's consideration at his sentencing hearing.

I am a resident of Faridabad, a city in the state of Haryana, India. Though I was born and brought up in Bareilly, Uttar Pradesh state. I am a secondary school teacher by profession. I have been in this profession from last seven years. I have a Bachelor's degree in Electronics and communication. I even have a Bachelor's degree in Education. I chose teaching as a profession because according to me it is one of the most noble professions that makes a difference in the lives of a lot of children. It lets us impart life lessons that they will never forget and puts us in a position to influence their decisions, behaviors, strengths, weaknesses and imagination. I was the head of my school's cultural committee. All the cultural events in the school used to take place under my guidance. I have even been awarded many times by my school for my contribution to their organization as a teacher. But unfortunately, due to this pandemic Covid-19, I have lost my job. I have no source of income from last seven months.

I got married to Chirag Sachdeva on February 08, 2019. I met him in 2018 on a social media platform. There was an instant connection with him. After a few conversations on phone, I was so impressed by him. He had all the qualities that I was looking for in my life partner. He had always been calm and secure in himself and in us. It was that confidence that I knew would carry us through a long future together. So, finally after getting our families' consent, we got married to each other. Since then, he is my best friend, my soul mate and at times someone who knows me better than I know myself.

Chirag Sachdeva is a good husband, a good son, a good brother and most importantly a great human being. He is the only male member and the care taker of our family of four including me ( his wife), his mother, his sister and himself. He had always supported his family and stood by them like the head of the family. He has protected his sister and fulfilled all her wishes just like a father. Even when things are not perfect, he makes the best of every situation.

He is a gentleman, not only with me or our family, but with everyone. He is very thoughtful in every decision he makes. He is a determined and a diligent person. He is very meticulous with his work and works very hard. No matter what, he will push through limitations and adversity to try and get what he wants and what is best for himself and those around him. Beyond that, he is extremely compassionate, kind and generous and will do anything and everything to help others. He had been a part of various community service programs held in his city and always supported them financially. He is always the first one to lend a helping hand to anyone in need. He is always ready to help others even if he himself is facing some difficulties in his life. In May 2019, one of his closest friends Amit Mittal committed suicide, which left a serious impact on Chirag's mental health. Inspite of this, he was still trying to carry out all his responsibilities well. He never shares his problems with others as he never wants to trouble anyone because of him.

Chirag Sachdeva sincerely regrets his actions and vows never to repeat them. I believe him because I know him well. The whole experience of being arrested, staying in the detention facility has had a profound impact on him as well as the family. I humbly request a lenient sentence for him.

Thank you.

Mrs. Deeksha Sachdeva
( Wife of Chirag Sachdeva)

2