# ATTACHMENT B

# CENTRAL FALLS
## DETENTION FACILITY CORPORATION

September 17, 2020

SEP 2 3 2020

Attorney
John L. Calcagni
1 Custom House Street, Suite 300
Providence, RI 02903

Re:   Detainee Sachdeva, Chirag
      D.O.B   9-9-1990
      USMS#   01230-509

Dear Attorney Calcagni,

Please be advised that Detainee Sachdeva, Chirag was booked at the Donald W. Wyatt Detention Facility on 2-16-2020. He is being held for the United States Marshals Service, District of Providence. On a Fraud-Attempted charge.

Since being housed in this facility, Detainee Sachdeva, Chirag has no discipline misconducts. Detainee Sachdeva, Chirag has completed 1 program offered by Wyatt. (See atteached certificate).

Detainee Sachdeva, Chirag remains respectful towards staff and peers.

If you should have any questions, please feel free to contact me at (401) 729-1190 extension 74376.

Sincerely,

Dennis A. Camp
Unit Manager

Kristen Damaso
Programs Director