# ATTACHMENT C

Case 1:20-cr-00073-JJM-LDA    Document 20-3    Filed 11/05/20    Page 2 of 2 PageID #: 126

# Certificate of Completion

This certificate is awarded to

## CHIRAG SACHDEVA

on

### APRIL 24, 2020

in recognition of successfully completing the program

## INTRO: MANKIND THE STORY OF ALL OF US

### 9000BCE-CRUSADES

_____
Wyatt Facility- Programs

_____
Maureen L. O'Gorman, Education