# ATTACHMENT D



