# ATTACHMENT E



















