UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :
                                              :
V.                                            :          CASE NO.: 1:20-CR-00073-JJM-LDA
                                              :
CHIRAG SACHDEVA                               :

## <u>NOTICE OF APPEAL</u>

Notice is hereby given that Chirag Sachdeva, Defendant in the above-referenced matter,

hereby appeals to the United States Court of Appeals for the First Circuit, the Final Judgment

entered on November 6, 2020.

<div style="margin-left:45%">

Defendant,
Chirag Sachdeva
By Counsel,


/s/ John L. Calcagni III, Esq.
John L. Calcagni III (Bar No.: 6809)
Law Office of John L. Calcagni III, Inc.
One Custom House Street, Third Floor
Providence, RI 02903
Phone:  (401) 351.5100
Fax:  (401) 351.5101
Email:  jc@calcagnilaw.com

</div>

## **CERTIFICATION**

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered Participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as nonregistered participants on November 20, 2020.

/s/ John L. Calcagni III, Esq.
John L. Calcagni III (Bar No.: 6809)
Law Office of John L. Calcagni III, Inc.
One Custom House Street, Third Floor
Providence, RI 02903
Phone: (401) 351.5100
Fax: (401) 351.5101
Email: jc@calcagnilaw.com