APPEAL,CLOSED

# U.S. District Court
## District of Rhode Island (Providence)
## CRIMINAL DOCKET FOR CASE #: <u>1:20−cr−00073−JJM−LDA−1</u>

Case title: USA v. Chirag Sachdeva
Magistrate judge case number:  1:20−mj−00015−LDA *SEALED*

Date Filed: 08/31/2020
Date Terminated: 11/06/2020

Assigned to: Chief Judge John J. McConnell, Jr.
Referred to: Magistrate Judge Lincoln D. Almond

**<u>Defendant (1)</u>**

| | | |
|---|---|---|
| **Chirag Sachdeva**<br>*TERMINATED: 11/06/2020* | represented by | **Jason P. Knight**<br>The Law Office of Jason Knight<br>One Turks Head Place<br>Suite 1440<br>Providence, RI 02903<br>401−865−6075<br>Fax: 866−413−1869<br>Email: jason.knight@jasonknightlaw.com<br>*TERMINATED: 03/31/2020*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: CJA Appointment* |
| | | **John L. Calcagni , III**<br>Law Office of John L. Calcagni III, Inc.<br>One Custom House Street<br>Suite 300<br>Providence, RI 02903<br>401−351−5100<br>Fax: 401−351−5101<br>Email: jc@calcagnilaw.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained* |

| **<u>Pending Counts</u>** | **<u>Disposition</u>** |
|---|---|
| 18:1343 and 1349 – WIRE FRAUD<br>(1–7) | Court imposes 33 months of incarceration, to be served concurrently. 3 years of supervised release. A $700 special assessment. Restitution in the amount of $4422.00. |

**Highest Offense Level (Opening)**

Felony

| Terminated Counts | Disposition |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| Complaints | Disposition |
|---|---|
| 18:1343, 18:1349, 18:1344 and 18:1028A – ATTEMPTED WIRE FRAUD; ATTEMPTED BANK FRAUD; CONSPIRACY TO COMMIT AND/OR ATTEMPT THE AFOREMENTIONED FRAUDS; AND AGGRAVATED IDENTITY THEFT | |

**Plaintiff**

| USA | represented by | **Milind M Shah**<br>U.S. Attorney's Office<br>50 Kennedy Plaza<br>8th Floor<br>Providence, RI 02903<br>401–709–5039<br>Email: milind.shah@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 02/12/2020 | 1 | | MOTION to Seal Case by USA as to Chirag Sachdeva.(Noel, Jeannine) [1:20−mj−00015−LDA *SEALED*] (Entered: 02/12/2020) |
| 02/12/2020 | 2 | | ORDER granting 1 Motion to Seal Case as to Chirag Sachdeva (1). So Ordered by Magistrate Judge Lincoln D. Almond on 2/12/2020.(Noel, Jeannine) [1:20−mj−00015−LDA *SEALED*] (Entered: 02/12/2020) |
| 02/12/2020 | 3 | | COMPLAINT as to Chirag Sachdeva (1). (Attachments: # 1 Affidavit, # 2 Criminal Cover Sheet)(Noel, Jeannine) [1:20−mj−00015−LDA *SEALED*] (Entered: 02/12/2020) |
| 02/18/2020 | | | Arrest of Chirag Sachdeva (Noel, Jeannine) [1:20−mj−00015−LDA *SEALED*] (Entered: 02/18/2020) |

| | | | |
|---|---|---|---|
| 02/18/2020 | 5 | | ORDER APPOINTING CJA PANEL ATTORNEY as to Chirag Sachdeva: the Panel Attorney appointed as CJA Counsel is Jason P. Knight for Chirag Sachdeva. So Ordered by Magistrate Judge Lincoln D. Almond on 2/18/2020. (Noel, Jeannine) [1:20–mj–00015–LDA *SEALED*] (Entered: 02/18/2020) |
| 02/18/2020 | | | Minute Entry for proceedings held before Magistrate Judge Lincoln D. Almond:Initial Appearance as to Chirag Sachdeva held on 2/18/2020, Detention Hearing as to Chirag Sachdeva held on 2/18/2020 (Shah, Knight) PTS Finneran; Court informs deft of rights & charges; Deft understands rights & charges; CJA appointed; Deft Counsel requests hearing; Hearing scheduled; No bail argument; Govt addresses Court and requests detention; Deft ordered detained without prejudice; Deft reserves the right to argue in the future; Deft Counsel addresses the Court; Case to remain under seal ( Preliminary Hearing set for 2/21/2020 11:00 at AM in Courtroom A before Magistrate Judge Lincoln D. Almond.)(Court Reporter FTR in Courtroom A at 2:39 pm.)(Noel, Jeannine) [1:20–mj–00015–LDA *SEALED*] (Entered: 02/18/2020) |
| 02/18/2020 | | | **NOTICE OF HEARING DEFENDANT REQUEST** as to Chirag Sachdeva. Preliminary Hearing set for 2/21/2020 11:00 at AM in Courtroom A before Magistrate Judge Lincoln D. Almond.(Noel, Jeannine) [1:20–mj–00015–LDA *SEALED*] (Entered: 02/18/2020) |
| 02/21/2020 | | | Minute Entry for proceedings held before Magistrate Judge Lincoln D. Almond:Preliminary Hearing as to Chirag Sachdeva held on 2/21/2020 (Shah, Knight) Waiver of Preliminary Hearing; Court informs deft of rights; Deft understands rights & waiver; Deft signs waiver; Court accepts waiver; Deft remanded; No bail argument; Deft reserves the right to argue for bail in the future; Case Sealed(Court Reporter FTR in Courtroom A at 11:28 am.)(Noel, Jeannine) [1:20–mj–00015–LDA *SEALED*] (Entered: 02/21/2020) |
| 02/21/2020 | 6 | | WAIVER of Preliminary Hearing by Chirag Sachdeva accepted by MJ Almond (Noel, Jeannine) [1:20–mj–00015–LDA *SEALED*] (Entered: 02/21/2020) |
| 02/24/2020 | 7 | | Arrest Warrant Returned Executed on 2/16/2020 Warwick, RI in case as to Chirag Sachdeva. (Noel, Jeannine) [1:20–mj–00015–LDA *SEALED*] (Entered: 02/24/2020) |
| 03/06/2020 | 8 | | ORDER OF DETENTION as to Chirag Sachdeva. So Ordered by Magistrate Judge Lincoln D. Almond on 3/6/2020.(Saucier, Martha) [1:20–mj–00015–LDA *SEALED*] (Entered: 03/06/2020) |
| 03/27/2020 | 9 | | NOTICE OF ATTORNEY APPEARANCE: John L. Calcagni, III appearing for Chirag Sachdeva (Noel, Jeannine) [1:20–mj–00015–LDA *SEALED*] (Entered: 03/27/2020) |
| 03/30/2020 | 10 | | MOTION to Withdraw as Attorney by Jason Knight by Chirag Sachdeva. **Responses due by 4/13/2020.**(Noel, Jeannine) [1:20–mj–00015–LDA *SEALED*] (Entered: 03/30/2020) |
| 03/31/2020 | | | TEXT ORDER granting 10 Motion to Withdraw as Attorney. Jason P. Knight withdrawn from case as to Chirag Sachdeva (1). So Ordered by Magistrate Judge Lincoln D. Almond on 3/31/2020.(Noel, Jeannine) [1:20–mj–00015–LDA *SEALED*] (Entered: 03/31/2020) |
| 08/03/2020 | 11 | | |

| | | | |
|---|---|---|---|
| | | | MOTION for an Extension of Time to Indict by USA as to Chirag Sachdeva. **Responses due by 8/17/2020.**(Noel, Jeannine) [1:20−mj−00015−LDA *SEALED*] (Entered: 08/03/2020) |
| 08/03/2020 | 12 | | ORDER granting 11 Motion for Extension of Time to Indictment as to Chirag Sachdeva (1). The period from 2/12/2020 through 10/15/2020 is excluded. So Ordered by Magistrate Judge Lincoln D. Almond on 8/3/2020.(Noel, Jeannine) [1:20−mj−00015−LDA *SEALED*] (Entered: 08/03/2020) |
| 08/31/2020 | 13 | | INFORMATION as to Chirag Sachdeva (1) count(s) 1−7. (Attachments: # 1 Criminal Cover Sheet, # 2 Proposed Waiver of Indictment)(Noel, Jeannine) (Entered: 08/31/2020) |
| 08/31/2020 | 14 | | PLEA AGREEMENT as to Chirag Sachdeva (Noel, Jeannine) (Entered: 08/31/2020) |
| 08/31/2020 | | | CASE CONDITIONALLY ASSIGNED Related Case Number CR20−67JJM−LDA based upon the indication on the cover sheet that a related case previously was assigned to the presiding judge. The assignment is subject to the presiding judge's determination that the cases, in fact, are related. (Noel, Jeannine) (Entered: 08/31/2020) |
| 09/01/2020 | | | CASE PERMANENTLY ASSIGNED: Since Chief Judge John J. McConnell, Jr. has determined that this case is in fact related to CR 20−67−JJM, this case is permanently assigned to Chief Judge John J. McConnell, Jr. for all further proceedings (Barletta, Barbara) (Entered: 09/01/2020) |
| 09/02/2020 | | | **NOTICE OF HEARING DEFENDANT REQUEST** as to Chirag Sachdeva: VIDEO Arraignment and Change of Plea Hearing set for Monday, 9/14/2020 at 02:00 PM before Chief Judge John J. McConnell, Jr.; Zoom instructions will be provided to counsel of record. Public access information may be obtained on the Court's website(Barletta, Barbara) (Entered: 09/02/2020) |
| 09/14/2020 | 16 | | WAIVER OF INDICTMENT by Chirag Sachdeva. (McGuire, Vickie) (Entered: 09/14/2020) |
| 09/14/2020 | | | Minute Entry for proceedings held before Chief Judge John J. McConnell, Jr.:Arraignment as to Chirag Sachdeva (1) Count 1−7 held on 9/14/2020, Change of Plea Hearing as to Chirag Sachdeva held on 9/14/2020, Plea entered by Chirag Sachdeva (1) Guilty Count 1−7. Milind Shah for Government. John Calcagni for Defendant. Court advises Defendant of the right to appear in person; Defendant consents to appear via video. Arraignment: Court informs Defendant of his rights and pending charge; John Calcagni retained as attorney. Defendant understands rights and the charges. Defendant waives indictment and Court accepts waiver. Change of Plea: Defendant sworn. Court verifies that the Defendant has reviewed the charges and plea agreement with his attorney. Court questions Defendant and reviews maximum penalties, sentencing guidelines, and constitutional rights. Government outlines the legal elements and facts of the case. Defendant agrees with Government's factual outlines. Defendant pleads guilty to Counts 1 −7. Court accepts plea & adjudges defendant guilty. Sentencing Hearing is December 8, 2020 at 10:00 am. Defendant remanded. Court adjourned(Court Reporter Karen Wischnowsky in Courtroom Zoom Video at 2:00 pm.)(McGuire, Vickie) (Entered: 09/14/2020) |
| 10/16/2020 | | | |

4

| | | | |
|---|---|---|---|
| | | | **NOTICE OF HEARING DEFENDANT REQUEST** as to Chirag Sachdeva: VIDEO Sentencing hearing set for Friday, 11/6/2020 at 09:00 AM before Chief Judge John J. McConnell, Jr.; Zoom instructions will be forwarded to counsel of record. Public Access information may be obtained on the Court's webite(Barletta, Barbara) (Entered: 10/16/2020) |
| 11/05/2020 | 20 | | SENTENCING MEMORANDUM by Chirag Sachdeva (Attachments: # 1 Attachment A – Statements of Support, # 2 Attachment B – Wyatt Letter, # 3 Attachment C – Certificate of Completion, # 4 Attachment D – Post for Late Friend, # 5 Attachment E – Photos)(Calcagni, John) (Entered: 11/05/2020) |
| 11/05/2020 | 21 | | SENTENCING MEMORANDUM by USA as to Chirag Sachdeva (Shah, Milind) (Entered: 11/05/2020) |
| 11/06/2020 | | | Minute Entry for proceedings held before Chief Judge John J. McConnell, Jr.:Sentencing held on 11/6/2020 for Chirag Sachdeva (1), Count(s) 1–7. Milind Shah for Government. John Calcagni for Defendant. Andrea Edgar for Probation. Court informs defendant of his right to appear in person; Defendant consents & waives his right to appearance by video; Court verifies Defendant has reviewed PSR with his attorney. Government & Defendant each present sentencing recommendations. Court imposes 33 months of incarceration, to be served concurrently. 3 years of supervised release. A $700 special assessment. Restitution in the amount of $4422.00. Defendant remanded. Court adjourned.(Court Reporter Karen Wischnowsky in Courtroom Zoom Video at 9:00 am.)(McGuire, Vickie) (Entered: 11/06/2020) |
| 11/06/2020 | 22 | 8 | JUDGMENT as to Chirag Sachdeva (1), Count(s) 1–7, Court imposes 33 months of incarceration, to be served concurrently. 3 years of supervised release. A $700 special assessment. Restitution in the amount of $4422.00. – So Ordered by Chief Judge John J. McConnell, Jr. on 11/6/2020.(McGuire, Vickie) (Entered: 11/06/2020) |
| 11/20/2020 | 24 | 6 | NOTICE OF APPEAL by Chirag Sachdeva as to 22 Judgment, ( filing fee paid $ 505.00, receipt number 0103–1570275 )<br><br>**NOTICE TO COUNSEL: Counsel should register for a First Circuit CM/ECF Appellate Filer Account at http://pacer.psc.uscourts.gov/cmecf/. Counsel should also review the First Circuit requirements for electronic filing by visiting the CM/ECF Information section at http://www.ca1.uscourts.gov/cmecf** Appeal Record due by 12/21/2020. (Calcagni, John) (Entered: 11/20/2020) |

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA      :
     :
V.      :      CASE NO.: 1:20-CR-00073-JJM-LDA
     :
CHIRAG SACHDEVA      :

## **NOTICE OF APPEAL**

Notice is hereby given that Chirag Sachdeva, Defendant in the above-referenced matter,

hereby appeals to the United States Court of Appeals for the First Circuit, the Final Judgment

entered on November 6, 2020.

Defendant,
Chirag Sachdeva
By Counsel,


/s/ John L. Calcagni III, Esq.
John L. Calcagni III (Bar No.: 6809)
Law Office of John L. Calcagni III, Inc.
One Custom House Street, Third Floor
Providence, RI 02903
Phone: (401) 351.5100
Fax: (401) 351.5101
Email: jc@calcagnilaw.com

## CERTIFICATION

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered Participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as nonregistered participants on November 20, 2020.

/s/ John L. Calcagni III, Esq.
John L. Calcagni III (Bar No.: 6809)
Law Office of John L. Calcagni III, Inc.
One Custom House Street, Third Floor
Providence, RI 02903
Phone:  (401) 351.5100
Fax:  (401) 351.5101
Email:  jc@calcagnilaw.com

AO 245B  (Rev. 09/19)    Judgment in a Criminal Case
Sheet 1

# UNITED STATES DISTRICT COURT
## DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **JUDGMENT IN A CRIMINAL CASE** |
| **v.** | ) | |
| **Chirag Sachdeva** | ) | |
| | ) | Case Number:  **1:20CR00073-01JJM** |
| | ) | USM Number:  **01230-509** |
| | ) | |
| | ) | **John Calcagni, III Esq.** |
| | | Defendant's Attorney |

## THE DEFENDANT:

☑ pleaded guilty to count(s)      1-7 of the Information.

☐ pleaded nolo contendere to count(s)
   which was accepted by the court.

☐ was found guilty on count(s)
   after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 U.S.C. §§ 1343 and 1349 | Wire Fraud | November 26, 2019 | 1-7 |

The defendant is sentenced as provided in pages 2 through ___7___ of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s)

☐ Count(s) _____    ☐ is    ☐ are   dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

11/6/2020
Date of Imposition of Judgment

Signature of Judge

John J. McConnell, Jr.
Chief Judge
Name and Title of Judge

11/6/2020
Date

8

AO 245B    (Rev. 09/19) Judgment in Criminal
Case Sheet 2 — Imprisonment

Judgment — Page ___2___ of ___7___

DEFENDANT:  **Chirag Sachdeva**
CASE NUMBER:  **1:20CR00073-01JJM**

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:

**33 months as to Counts 1-7, to be served concurrently with each other.**

☐   The court makes the following recommendations to the Bureau of Prisons:

☑   The defendant is remanded to the custody of the United States Marshal.

☐   The defendant shall surrender to the United States Marshal for this district:

    ☐   at _____   ☐ a.m.   ☐ p.m.   on _____ .

    ☐   as notified by the United States Marshal.

☐   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐   before 2 p.m. on _____ .

    ☐   as notified by the United States Marshal.

    ☐   as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

a _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

9

AO 245B (Rev. 09/19)   Judgment in a Criminal Case
Sheet 3 — Supervised Release

Judgment—Page ___3___ of ___7___

DEFENDANT:   Chirag Sachdeva
CASE NUMBER:   1:20CR00073-01JJM

## SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of :

3 years as to Counts 1-7 to run concurrently with each other.

## MANDATORY CONDITIONS

1.  You must not commit another federal, state or local crime.

2.  You must not unlawfully possess a controlled substance.

3.  You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.
    ☐ The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. *(check if applicable)*

4.  ☐ You must make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of restitution. *(check if applicable)*

5.  ☑ You must cooperate in the collection of DNA as directed by the probation officer. *(check if applicable)*

6.  ☐ You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where you reside, work, are a student, or were convicted of a qualifying offense. *(check if applicable)*

7.  ☐ You must participate in an approved program for domestic violence. *(check if applicable)*

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.

10

AO 245B (Rev. 09/19)   Judgment in a Criminal Case
Sheet 3A — Supervised Release

Judgment—Page ___4___ of ___7___

DEFENDANT:  Chirag Sachdeva
CASE NUMBER:  1:20CR00073-01JJM

## STANDARD CONDITIONS OF SUPERVISION

As part of your supervised release, you must comply with the following standard conditions of supervision.  These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1.  You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2.  After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3.  You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4.  You must answer truthfully the questions asked by your probation officer.
5.  You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
6.  You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7.  You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so.  If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
8.  You must not communicate or interact with someone you know is engaged in criminal activity.  If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
9.  If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
10. You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
11. You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12. If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction.  The probation officer may contact the person and confirm that you have notified the person about the risk.
13. You must follow the instructions of the probation officer related to the conditions of supervision.

## U.S. Probation Office Use Only

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. For further information regarding these conditions, see *Overview of Probation and Supervised Release Conditions*, available at: www.uscourts.gov.

Defendant's Signature   _____   Date   _____

AO 245B (Rev. 09/19)   Judgment in a Criminal Case
Sheet 5 — Criminal Monetary Penalties

Judgment — Page ___5___ of ___7___

DEFENDANT: Chirag Sachdeva
CASE NUMBER: 1:20CR00073-01JJM

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

| | Assessment | Restitution | Fine | AVAA Assessment* | JVTA Assessment** |
|---|---|---|---|---|---|
| **TOTALS** | $ 700.00 | $ 4,422.00 | $ 0.00 | $ 0.00 | $ 0.00 |

☐ The determination of restitution is deferred until _____ . An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☑ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss*** | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| Sam Maravich | $149.00 | $149.00 | |
| Carol J. Page | $1,500.00 | $1,500.00 | |
| Clyde Wesp | $384.00 | $384.00 | |
| **TOTALS** | $ 4,422.00 | $ 4,422.00 | |

☐ Restitution amount ordered pursuant to plea agreement $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☑ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

   ☑ the interest requirement is waived for the   ☐ fine   ☑ restitution.

   ☐ the interest requirement for the   ☐ fine   ☐ restitution is modified as follows:

\* Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018, Pub. L. No. 115-299.
\*\* Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
\*\*\* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B  (Rev. 09/19) Judgment in a Criminal
Case Sheet 5B — Criminal Monetary Penalties

Judgment—Page __6__ of __7__

DEFENDANT:  **Chirag Sachdeva**
CASE NUMBER:  **1:20CR00073-01JJM**

## ADDITIONAL RESTITUTION PAYEES

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| Robert Charles Trott | $800.00 | $800.00 | |
| Raymond Gibbo | $800.00 | $800.00 | |
| Loretta Pleasant | $789.00 | $789.00 | |
| | | | |
| | | | |
| | | | |

\* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

Judgment — Page __7__ of __7__

DEFENDANT:  Chirag Sachdeva
CASE NUMBER:  1:20CR00073-01JJM

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

A  ☑  Lump sum payment of $ __5,122.00__ due immediately, balance due

    ☐  not later than _____ , or
    ☐  in accordance with  ☐ C,  ☐ D,  ☐ E, or  ☐ F below; or

B  ☐  Payment to begin immediately (may be combined with  ☐ C,  ☐ D, or  ☐ F below); or

C  ☐  Payment in equal _____ *(e.g., weekly, monthly, quarterly)* installments of $ _____ over a period of _____ *(e.g., months or years)*, to commence _____ *(e.g., 30 or 60 days)* after the date of this judgment; or

D  ☐  Payment in equal _____ *(e.g., weekly, monthly, quarterly)* installments of $ _____ over a period of _____ *(e.g., months or years)*, to commence _____ *(e.g., 30 or 60 days)* after release from imprisonment to a term of supervision; or

E  ☐  Payment during the term of supervised release will commence within _____ *(e.g., 30 or 60 days)* after release from imprisonment.  The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F  ☐  Special instructions regarding the payment of criminal monetary penalties:

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during the period of imprisonment.  All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐  Joint and Several

Defendant and Co-Defendant Names and Case Numbers *(including defendant number)*, Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

☐  The defendant shall pay the cost of prosecution.

☐  The defendant shall pay the following court cost(s):

☐  The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) AVAA assessment, (5) fine principal, (6) fine interest, (7) community restitution, (8) JVTA assessment, (9) penalties, and (10) costs, including cost of prosecution and court costs.