DEC 4 2020

1:20-CR-00073
JJM-LDA

Respected Clerk,    **U.S. DISTRICT COURT
DISTRICT OF R.I.**

I am currently a Pro Se litigant requesting form for Motion 2255.

My Prior attorney has filed a Motion to relieve himself from the said matter.

This affords me the right to proceed Pro Se.

Please provide me the proper forms to effecuate this procedure as soon as possible

Also, i request you topls provide me the transcripts of the case as i am an indigent.

Thank You
With Regards.

CHIRAG SACHDEVA

30TH NOV'2020