From
  Chirag Sachdeva
  950 High Street
  Central Falls, RI 02863.

neopost
11/30/2020
US POSTAGE $000.50⁰

ZIP 02863
041L11252843

FREE

To
  The Clerk
  United States District Court
  One Exchange Terrace
  Providence, RI 02903.

0290031779 C005