UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA          :
                                  :
V.                                :          CASE NO.: 1:20-CR-00073-JJM-LDA
                                  :          (*Appeal No. 20-2109*)
CHIRAG SACHDEVA                   :

## **MOTION FOR PERMISSION TO APPEAL IN FORMA PAUPERIS**

Now comes the defendant, Chirag Sachdeva by and through counsel, and hereby petitions

this court to proceed in *Forma Pauperis.*  As grounds, Mr. Sachdeva avers that he is indigent and

cannot afford prepayments of fees, costs, or security thereafter pursuant to 28 U.S.C. § 1915 (See

Attachment A – Financial Affidavit).

Defendant,
Chirag Sachdeva
By Counsel,


/s/ John L. Calcagni III, Esq.
John L. Calcagni III (Bar No.: 6809)
Law Office of John L. Calcagni III, Inc.
One Custom House Street, Third Floor
Providence, RI 02903
Phone: (401) 351.5100
Fax: (401) 351.5101
Email:  jc@calcagnilaw.com

## **CERTIFICATION**

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered Participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as nonregistered participants on December 15, 2020.

/s/ John L. Calcagni III, Esq.
John L. Calcagni III (Bar No.: 6809)
Law Office of John L. Calcagni III, Inc.
One Custom House Street, Third Floor
Providence, RI 02903
Phone:  (401) 351.5100
Fax:  (401) 351.5101
Email:  jc@calcagnilaw.com