07 Dec 2020.

Respected Clerk,

Thank you for sending the requested forms, along with the forms there is a CIVIL COVER SHEET. I request you to please give instructions on how to fill the sheet, being a foreign national having no proper resources of legal help and guidance i am clueless on certain parts of the sheet. The resources available here are limited. Please help.

I am stuck on the following parts.

I(a)    Plaintiff                          Defendants.

In my case I was the defendant and United States was the plaintiff.

II. Basis of Jurisdiction

III. Citizenship of the principal parties.

I am an Indian foreign National.

Also, along with the motion form how many copies do i need to send?

Hoping for a fovarable response.

Thank you
With Regards
CHIRAG SACHDEVA
Case no. : 1:20 CR 73 JJM LDA