From

950 High Street
Central Falls, RI 02863

neopost
12/08/2020
US POSTAGE $000.
ZIP 02
041L112

To
    The Clerk
United States District Court
    for the District of Rhode Is
One Exchang Terrace
    Providence, RI 02903