12TH Dec'2020

1:20-CR-00073-JJM LDA

Honorable Chief Judge 'John J McConnell Jr'

Please accept this letter in response to the 'Notice of Electronic Filling' which i received recently.
There is some misunderstanding over here because as per my knowledge my counsel 'John L Calcagni III' has recused himself from the case in the last week of November 2020. Why still notification are being sent to him?
And the matter on the appeal raised and the issue/ground to be raised under motion 2255 are two different things so why a motion under 2255 would not be timely?
If 'John L Calcagni III' has not recused himself then i request the honorable court to please recuse 'John L Calcagni III' from the above mentioned case.

Also, along with my 'Notice of Electronic Filing' i received there was someone else 'Notice of Electronic Filing' please look into this as it could be that someone'else might have got my information aswell.
    Attached is the copy of the letter is received.

Thank You
With Regards
Chirag Sachdeva.

RECEIVED

DEC 2 2 2020

U.S. DISTRICT COURT
DISTRICT OF R.I.

## Orders on Motions

1:19-cv-00607-MSM-PAS Shelton v. Coyne-Fague **CASE CLOSED on 08/04/2020**

### U.S. District Court

### District of Rhode Island

## Notice of Electronic Filing

The following transaction was entered on 12/7/2020 at 1:27 PM EST and filed on 12/7/2020
**Case Name:**      Shelton v. Coyne-Fague
**Case Number:**    1:19-cv-00607-MSM-PAS
**Filer:**
**WARNING: CASE CLOSED on 08/04/2020**
**Document Number:** No document attached

**Docket Text:**
**TEXT ORDER denying as moot [20] Motion for Leave to Appeal in forma pauperis; denying as moot [21] MOTION to assign a hearing date; denying [22] MOTION to Issue a Writ of Habeas Corpus - So Ordered by District Judge Mary S. McElroy on 12/7/2020. (Urizandi, Nisshy)**

**1:19-cv-00607-MSM-PAS Notice has been electronically mailed to:**

Christopher R. Bush    cbush@riag.ri.gov, sdragon@riag.ri.gov

**1:19-cv-00607-MSM-PAS Notice has been delivered by other means to:**

Alonzo Shelton
97850
ACI - High Security
PO Box 8200
Cranston, RI 02920