From
Chirag Sachdeva
950 High Street
Central Falls, RI 02863.

neopost
12/15/2020
US POSTAGE $000.5

ZIP 028
041L1125

To The Clerk
C/o Honorable chief Judge
'John J McConnell Jr'
District Court for the District of Rhode
One Exchange Terrace
Providence, RI 02903.