16TH Dec 2020

1:20-CR-00073-JJM-LDA

Respected Clerk,

I recently received the order of court from the United States Court of Appeals regarding the pending appeal against the above mentioned case recently.

I was not aware that my attorney 'John L Calcagni III' is responsible to represent me in the appeal aswell.

Attached is the copy of letter which i sent to attorney 'John L Calcagni III' asking him to visit me as early as possible to discuss the matter on time.

RECEIVED

Thank You
Chirag.

JAN  5 2021

U.S. DISTRICT COURT
DISTRICT OF R.I.

CHIRAG SACHDEVA
  Case no : 1:20-CR-00073-JJM LDA
  Appeal no : 20-2109

15TH Dec'2020

John,

As per the order of the honorable United States Court of Appeals the request which you placed seeking to withdraw as counsel has been denied.

And as per 1st Cir. R. 46.6(a), Since you are not relieved from the court of appeals and now its your responsibility to represent me on the appeal.

I request you to visit me as early as possible to discuss the matter for appeal as i want you to expedite the process now.

Without discussing with me you filed the notice of appeal, my wife is in India and like me she is also not aware of the laws here, we believe and do what you advice. Now, since you have filed the notice of appeal on her request, now its' my request to visit me as early as possible to discuss the appeals and guide me for the appeal process.

Hope to see you this weekend or weekday.

Thank you

Chirag