RECEIVED

JAN 15 2021

**U.S. DISTRICT COURT**
**DISTRICT OF R.I.**

07TH Jan 2021

FROM-
CHIRAG SACHDEVA
950 High Street
Central Falls, RI 02863

To,

Chief Disciplinary Counsel
John E Fogarty Judicial Annex
24 Weybosset Street
Providence, RI 02903.

Sub: Complaint Regarding Misconduct By Attorney 'JOHN L CALCAGNI III'

Myself 'Chirag Sachdeva', i was represented by attorney 'JOHN L CALCAGNI III' in a criminal case ( CASE NO. 1:20 CR 00073 JJM LDA) in the District of Rhode Island.

I was sentenced to 33 Months of imprisonment in Nov'2020. Attorney 'Calcagni' made false statements of laws and facts related to the case and plea agreement in order to make me plead guilty so i don't go on trial.

Just because i am a foreign national suffering from mental health issues f not aware of the laws of the country, i trusted whatever attorney 'Calcagni' presented to me on the belief that a lawyer doesn't lie and he is bounded by the law but whatever he said was false, lie just to end the case quickly so he can get paid as soon as possible.

Attorney 'Calcagni' made me sign the plea agreement on the promise that its' a 12 Month agreement, by the time

sentencing will happen you will be in your country with your family.

The Prosecutor will ask between 12-18 Months and i will be asking for 1Year 1Day & you would be out in approx. 10 Months from the date of your arrest.

The judge assigned to your case is smart after knowing your good education, good work profile, family circumstances he will send you back. Sign the deal and go back to your country. The day you are out stay one night in the hotel and book the flight for the next day and go back.

I signed the agreement having some false allegations just to go back to my family.

One day before the plea exchange hearing, attorney 'calcagni' visits me and prepares me, what will happen in the plea exchange, what the judge will be asking and what all i need to say. In return he will ask for expedite hearing process.

One day before the sentencing hearing, me and my wife, my mother were happy that i will be home next week but he visits me & hands over the government's sentencing memorandum, in which i was being shown as an evil person who used his education to steal money from elders and government has asked for 33 Months as per the advisory guidelines, which he said the government won't ask. He didn't say anything he just handed the memorandum and left without discussing.

On the day of sentencing, it was my mother's birthday and i was emotionally broken by his lies and was not well. I couldn't take my psychotic medication which made me worse. The prosecutor made statement which the prosecutor

knew was false and even attorney 'Calcagni' also knew is false but he didn't made any objection instead his silence made him the participant in the introduction of a false statement.

The statement was : 'The judge asked when there was no fraud no victims so what is he doing here in rhode island' to which the prosecutor said 'he came here to do more frauds' which is false, i was being called to USA by an old friend who said he is being treated for cancer and he was working as an informant so he can get some liniency in his pending fraud cases, he only booked my airticket i came here to see him. 'If i had any intention to do fraud here then the government wouldn't have to create any story of cancer illness to call me here. The prosecutor knew on what pretext i came here but my attorney didn't made any objection.

'The judge asked i can't understand after having good education why he was involved into frauds' to which attorney calcagni said ' because of his responsibility towards his mother & sister' which was also false 'i was not involved into frauds & he also knew i had an IT company had software, CRM developed all the proof of work was given to him & was mentioned in the PSR but he didn't say the truth instead he knowingly failed to disclose. I was utilising my education for good and in good but he made me look like a evil person

He failed to present information which could help me, he failed to present evidence which i wanted to present and thus judge believed the statements made by the prosecutor and gave me 33 Months without taking into account any downward variance, or consider my mental health issues or my family circumstances, His presence as a defense counsel was non-existent.

Attorney 'Calcagni's misrepresentations, lies, failure to disclose which he is required by law to reveal destroyed a family and made me a criminal.

He gave an emotional harm. If i would have known about his misrepresentations and his fake promise i would have never signed the plea agreement, an agreement that was a suicidal decison and seperated me from my family. If he was loyal to his work, to his client, to the court then no judge will give or impose such a harsh sentence term.

Attorney 'Calcagni' violated Model Code of Prof'l Responsibility DR 7-102 and Model Code of Prof'l Responsibility EC 7-26.

1. A lawyer shall not conceal or knowingly fail to disclose that which he is required by law to reveal.

2. A lawyer shall not make false statement of law or fact.

3. A lawyer should however, present any admissible evidence his client desires to have presented unless he know or from facts within his knowledge should know, that such testimony, evidence is false, fraudulent or perjured.

Attorney 'Calcagni' failed to render adequate legal assistance.

It's my humble request to please investigate the conduct done by attorney 'JOHN L CALCAGNI III' as he is using his education& law to violate the rules and defraud. Because of his conduct a family got seperated, the truth was not ........... and there is no one to take care of my mother. I will be thankful to You.

With Regards

CHIRAG

Sworn to and subscribed before me this 5 day of Janum, 2021

X————X

Jan 11 2021

Respected Chief Judge 'John J McConnel Jr'
'I don't know what to do or what not to do. I am just
stuck between life and death all because of 'John L Calcagni III'
He is a liar because of his lies my family is destroyed my life
is destroyed. He not only lied to me but lied to my family and
to everyone. Defrauded them. He only works for money, money is
is important to him he doesn't care about the truth. He knew
i didn't come to USA to do any fraud but he didn't say the
truth. He knew i was not involved into any fraud i was being
entrapped in passing the information. He knew i was doing ethical work
and using my education for good but he represented me like a
criminal.
He lied to me and my family so i can sign the plea agreement.
I am fighting to bring the truth but i don't know what will
happen whether i will be alive or not. I feel like dying but
thinking of my wife and my mother stops me. They will also die
they are alone in pain can't give them more pain.
My marriage is at risk, i kept begging him please deport
me back to my country please reunite me back but he lied and
seperated me from my family.
I have filed a complaint against attorney 'Calcagni' with Chief
disciplinary Counsel, Rhode Island enclosed is a copy for the same.
I always wanted to speak the truth but he stopped me, just
misrepresented the things to me. He took advantage of my situation
mental health and played with it.
Things are killing me more. It's all about conviction not justice.
People will lie, misrepresent things, facts and statements just to
get convictions.
Family problems have increased so much now that i don't know
what i am doing is right or wrong. Because i am a foreign National
and my cooperation couldn't get them more convictions they lied,
the only option which i see is to die.
John L Calcagni destroyed everything with his lies.