# United States Court of Appeals
## For the First Circuit

—————————————

No. 20-2109

UNITED STATES,

Appellee,

v.

CHIRAG SACHDEVA,

Defendant - Appellant.

—————————————

Before

Howard, <u>Chief Judge</u>,
Thompson, Kayatta, <u>Circuit Judges</u>.

—————————————

**JUDGMENT**

Entered: April 22, 2021

The parties have filed a Joint Motion for Remand Pursuant to 28 U.S.C. § 2106. The motion is granted, the order of restitution is vacated, and the matter is remanded for further proceedings consistent with the terms of the Joint Motion. We express no opinion on the issues presented on appeal.

By the Court:

Maria R. Hamilton, Clerk

cc:
Honorable Lincoln Douglas Almond
Hanorah Tyer-Witek, Clerk, (D.R.I.)
Jonathan George Mermin
Milind Madhukar Shah
Lauren S. Zurier