UNITED STATES OF AMERICA   :

      :   1:20 CR 0000073 JJM LDA

   V         :

CHIRAG SACHDEVA    :

MOTION FOR COMPASSIONATE RELEASE "FIRST STEP ACT"
   SECTION 3582 (c)(1)(A)

Defendant 'Chirag Sachdeva' filing pro se for sentence reduction under first step act Section 3582(c)(1)(A) Please construe this motion liberally.

First Step Act freed district courts to consider full slate of extraordinary and compelling reasons that an imprisoned person might bring before them in motions for Compassionate Release.

Neither the U.S Sentencing Guidelines Manual § 1B1.13, application n.1(D), nor anything else in now outdated version of § 1B.13 limits district courts discretion. United States V Brooker 976 F. 3d 228.

My family circumstances have totally been compromised because of the devastating Covid condition in India.

I was the only caretaker of my family. A family of four members. My mother, my sister, my wife and me. Because of my sentence term and sudden dismissal of my brother in law my wife has left my mother. and there is no one to take care of my mother. My sister is pursuing her graduation in Canada.

I don't know what is more extraordinary and compelling, the pandemic conditions in India or my mother living alone in this condition.

In last 20 Days i lost my brother in law who was just 32 Years old to covid, my grandmother and my grandfather.

My mother is alone, she wants to see me, talk to me but there is no way. In this tough phase there is no one with her and no one can understand from what pain she is going through.

It's been almost 17 Months i haven't seen her, she needs me.

Please send me back and reunite a family back.

US V BUCCI, 409 F. Supp 3d 1, 2 (D Mass 2019) [Granting motion where defendant was the only caretaker for his mother]. It's a life threatening condition in India where three of my family members died of covid this month.

I requested the Warden of Cimarron Correctional facility on April 29' 2021 and requested the information on my request on May 18' 2021 to which he replied "they can't assist me at this facility i will have to request the court or the judge on my case". Exhibit → 116

At present i have completed around 60 %  of my time.

I am not a danger to anyone in the community.

I am sorry for my mistake. I pray to the honorable judge to grant my motion and bless me with a new life by reuniting me with my family in this tough time.

Please transfer me to ICE Custody so i can go back to my country and restart my family and my work.

CHIRAG   SACHDEVA

01230-509

MAY 20TH 2021