RECEIVED

MAY 28 2021

U.S. DISTRICT COURT
DISTRICT OF R.I.

Respected Chief Judge 'JOHN J McCONNELL JR'

Please reunite me with my family back in India your
honor please send me back. My mother is alone there
is no one with her. My wife has left my home and
shifted back with her parents and in this pandemic
situation there is no one with my mother.
I was not involved into any frauds neither i came to
the USA to do any frauds.
I came here to meet 'SAHIL NARANG' who called me
here by creating a fake story that he is diagnosed
with 'CANCER' and is being treated here, but the
whole time he was in the custody at WYATT
DETENTION since 24TH May 2019 and was a cooperating
defendant to get liniency in his case.
He used to call me every week beginning September
2019 using his Mobile Phone and induced me in passing
him the information and he was the one who booked
my air ticket through some government representative
'SARA PHILLIPS' so the government paid for my air ticket
to call me to USA by creating a fake illness story.
I just came here for 8 Days just with an intention
to see 'Sahil Narang' as he was being treated for cancer.
I know i should have never passed him the information
but his Cancer story, aggressive motivations and the
money i owed to him made me fall in his words i am
sorry.
After my friends death (AMIT MITTAL) in May 2019 everything
changed, life suddenly took a U-turn. Everything seemed to
be fake, family, friends just alone. Depression and suicidal
thoughts were my friends i can't even explain nor anyone
can understand what it feels when you loose someone
i there for you whenever you need them.
06TH May 2019 i was telling Amit i don't want to live
i will commit suicide and after 1 week on 14TH May 2019

Amit does the same, commits suicide. leaving me alone.
At first when i received the call from his friend i thought its a prank but he left me. I was out of my mind didn't realise what i was doing is wrong or right if this case wasn't there probably i would have never realised that suicide is not an option for your problems. Officers at Wyatt helped me how much beautiful life is, how people who are doing 10 Years, 20 Years are still positive and me after having good business, years of hardwork on 'INDYDESK' made my life difficult. Instead of finding solution of my problems i decided to end my life leaving behind my family in pain. Those months after Amit's death were miserable and are still miserable the only difference is there was a time i was suicidal and now i am not. I just want to restart my life again with my family, bring back my wife to my home remarry her and focus on my softwares development skills.

From 2016 till 2019 it took 3Years to build 'INDYDESK' 3Years of hardwork of my employees and all gone with this case. I am Sorry.

I was never involved into frauds neither i utilised my skills and education to defraud anyone.
and strange thing the government booked my air ticket paid for it, 'SaHIL' created a story of 'CANCER' to call me to USA and at sentencing said i came here to do more frauds. At Sentencing the government asked for restitution and i am saying it's miscarriage of justice, things have been misrepresented, i appealed and at appeal after my arguements, did a joint motion requesting to vacate the restitution part as there were no evidence the people lost or were victims.
This case has seperated a family. My mother is alone, my wife has left my home as her parents are alone



after dismissal of my brother in law to covid, i don't know how my sister is doing. I am alone here far from my country just fighting to say i was not involved into frauds neither i am dependent on elder's income for my survival. My one mistake has punished my family, my friends, my employees. No fraud loss never did any fraud but doing this harsh sentence. Please bless me with a new life your honor please reunite me back with my family my mother is alone.

Even after 17Months my mother and my sister don't know about my incarceration They think "Sahil" is being treated for Cancer and i am working in USA now.

I am sorry. Please send me back to my country.

Please keep this letter underseal and i request the government to return my property aswell (2 Mobile Phones).

Chirag

Chirag Sachdeva.
1:20 CR00000073 JJMLDA

Case 1:20-cr-00073-JJM-LDA    Document 38-1    Filed 05/28/21    Page 7 of 16 PageID #: 275

What are you looking for?    Q

☐ SOFTWARE
   CATEGORIES          ▾

⊞ FOR REMOTE WORK

+ GET LISTED

Home / CRM Software / Indydesk Sales          Why is FinancesOnline free ⓘ

# Indydesk Sales Review

🅕
🅣
in

Our score: **8.0**    User satisfaction: **95%**

VISIT WEBSITE

FREE TRIAL

(0 user reviews)

**Best CRM Software of 2021**

1.

2.

3.

| REVIEW | USER REVIEWS | PRICING DETAILS | INDYDESK SALES ALTERNATIVES | INTEGRATIONS |
|---|---|---|---|---|

> **What is Indydesk Sales?**
> **Indydesk Sales benefits**
> **Overview of Indydesk Sales features**
> **Awards & quality certificates**
> **Indydesk Sales pricing**
> **User satisfaction**

**VERIFIED QUALITY**
FinancesOnline.com

COMPARE BEST TOOLS

**Trending products**

Lo...

Case 1:20-cr-00073-JJM-LDA Document 38-1 Filed 05/28/21 Page 8 of 16 PageID #: 276

> **Technical details**
> **Support details**

**Enterprise**        Contact vendor

collaborations. It also automatically generates agent performance reports for quick periodic evaluation.

**Sales boost**

Indydesk Sales is designed to help users increase sales in a hassle-free package. It covers all essential touchpoints in the sales journey – from generating leads to converting them to buying customers. With the tool, you can create custom pipelines and assign leads in every stage. This brings greater transparency to your sales process. You can also integrate it with your lead source allowing for the quick importation of existing leads. In doing so, you can capture and identify top leads and focus on leads with high conversion rates. It also helps you avoid dropping leads that could have otherwise gone to waste.

**Customization**

Indydesk Sales allows you to customize your dashboard to only show you the sales metrics that matter most to you. It is also able to generate robust reports that can help you analyze, visualize, and forecast your revenue opportunities.

- Quote-based

**Customer Types**

- Small Business
- Large Enterprises

Rea...

Sat...

Tr...

Liv...

Get Satisfa

W...

CR...

Eng...
AMS

Jo...

**Did you find this review useful?**



Yes

No

**Unsure about this software?**

Case 1:20-cv-00073-JPW-LD Document 38-1 Filed 05/28/21 Page 3 of 4
#: 277

**FIND ALTERNATIVES**

| | | |
|---|---|---|
| HaystackCRM Review | 8.0 | N/A |
| InStream Review | 8.2 | 94% |
| KarmaCRM Review | 7.7 | 90% |
| SalesOptima Review | 8.0 | 100% |

## Indydesk Sales Comparisons

**Product name:**

| | |
|---|---|
| Indydesk Sales vs. vtenext | Indydesk Sales vs. Booker |
| Indydesk Sales vs. Velocify | Indydesk Sales vs. Gridle |
| Indydesk Sales vs. RepairRabbit | Indydesk Sales vs. DeskMoz |
| Indydesk Sales vs. Hey,Listen! | Indydesk Sales vs. PipelineDeals |
| Indydesk Sales vs. BigSIS | Indydesk Sales vs. iCRM |

Case 1:20-cr-00073-JJM-LDA   Document 38-1   Filed 05/28/21   Page 10 of 16 PageID #: 278

Reviewed By Jenny Chang                    Page last modified 2021-03-02

# **Finances**Online

**EU Office:** Grojecka 70/13 Warsaw, 02-359 Poland

**US Office:** 120 St James Ave Floor 6, Boston, MA 02116

GET LISTED

| Company | Policies | Content |
|---|---|---|
| About Us | Terms of Use | Write For Us |
| Contact Us | Privacy Policy | For Small |
| Add Your | Cookies Policy | Business |
| Product | Scoring | Top Software |
| Careers | Methodology | Software |
| Research | Do not sell my | reviews |
| Center | personal | Software |
| Research | information | comparisons |
| Team | | Software |
| | | alternatives |

Copyright © 2021 FinancesOnline. All B2B Directory Rights Reserved.



# Capterra

**Home**    **CRM Software**    Indydesk

---



# Indydesk

by
Indydesk
Sales

**Write a Review!**

( **SAVE** )

**About**      Pricing      Features      Alternatives      Comparisons      Reviews

## What is Indydesk?

Indydesk Sales helps you to achieve more sales with less stress. With our tool, you could easily handle the following activities: 1. Visualize & Analise Your Revenue Opportunities 2. Create Custom Pipelines & assign leads in stages 3. Integrate Your Lead Source & automatically fill leads 4. Import your existing leads & perform actions 5. Prioritize More Leads With Pipeline 6, Put more efforts on leads with high conversion probability 7. Manage Team & Tasks Seamlessly

## Indydesk Video and Images

Hello, welcome to Capterra. How can I help you today?



## Best For

*Indydesk Sales is for small to medium businesses.It covers all the major touchpoints in the sales journey from a lead to a customer.*

## Indydesk Pricing Overview

Indydesk pricing **starts at $12.99 as a flat rate, per year**. There is a free version. Indydesk **offers a free trial**. See additional pricing details below.

Hello, welcome to Capterra. How can I help you today?

## People like you also researched

Here are some products we think might be a good fit based on what people like you viewed. **Learn more about pricing**

**Inova Suite EXPLORE**

inovo

**Starting Price:**   *Not provided by* v

**LEARN MORE**        **SAVE**

# Indydesk Pricing

**Starting From:**

$12.99 /year

**Pricing Model:** Flat Rate

Yes, has free trial

Yes, has free version

**PRICING DETAILS** *(Provided by Vendor):*

Indydesk is freemium which include free plus paid version

**PRICING RESOURCES:**

- **Be an Informed Buyer: Understanding the True Cost of Business Software**
- **CRM Software Pricing Guide**

Hello, welcome to Capterra. How can I help you today?

# Indydesk Features

Features are displayed in alphabetical order.

Calendar/Reminder System          • Document Storage

# Indydesk Alternatives



**Method CRM**

by Method Integration

**4.2/5 (80)**

**Best For:** Quickbooks Desktop or Quickbooks Online users who need a CRM solution to easily manage leads, track sales activities and better serve their customers.

VIEW ALL ALTERNATIVES

# Compare with Similar Products

Current Product



Hello, welcome to Capterra. How
**Indydesk** can we help you today?

☐ **ADD TO COMPARE**

Exhibit ———→ 116

# PRISONER INFORMATION REQUEST
## SOLICITUD DE INFORMACION

TO/PARA ___Warden SizeMore___

SUBJECT/ASUNTO _Sir, i requested for compassionate release on April 29,_
the conditions back in India have turned more negative i lost my
brother in law, my grandmother, my grandfather all to Covid and now
my mother is alone. There is no one with her sir. She needs me. Please help.

_Chirag Sachdeva_                         01230-509

PRISONER'S NAME (Printed)                 PRISONER'S NUMBER

_Chirag_                                   CN 116          MAY-18'2021

PRISONER'S SIGNATURE                      CELL/CELDA      DATE/FECHA
FIRMA DEL PRISONERO

RESPONSE/CONTESTACION: _____

_____

_____

_____

                                                    DATE/FECHA

OFFICIAL'S SIGNATURE/FIRMA DE OFICIALES

IF RESPONSE IS UNSATISFACTORY, CHECK BELOW AND RESUBMIT THIS FORM FOR REVIEW BY THE FACILITY
ADMINISTRATOR. SI LA RESPUESTA NO ES SATISFACTORIA PONGA UNA CRUZ ABAJO Y VUELA A SOMETER
ESTA FORMA PART QUE EL ADMINSTRADOR DE ESTA INSTITUCION LO REVISE.

                                                    SIGNATURE/FIRMA

[  ] PLEASE REVIEW/REVISE POR FAVOR

RESPONSE/CONTESTACION: We cannot assist you with this at our facility.
You will either have to wait until you reach a BOP facility, or
have your attorney submit the request directly to the court or
judge on your case.

_H. Nighswonger_                          5-19-21

WARDEN'S SIGNATURE/FIRMA DEL WARDEN       DATE/FECHA

                                                    CA-0003
                                                    600701-1281
FORM #SEC112-P