From
CHIRAG SACHDEVA
01230-509
Cimarron Correctional Facility
3200 S. Kings Highway
Cushing, OK 74023.

Tulsa OK PDC 741
TUE 25 MAY 2021 PM

CONFIDENTIAL

CONFIDENTIAL

To
The Clerk c/o Chief Judge
John J McConnell Jr
UNITED STATES DISTRICT COURT FOR
The District of Rhode Island