UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA,

v.                                           C.R. No. 20-cr-73-JJM-LDA

CHIRAG SACHDEVA,
Defendant.

## ORDER

Defendant Chirag Sachdeva moves this Court to grant him compassionate release under 18 U.S.C. 35829(c)(1)(A).    He bases his request on the devastating effects of the COVID virus on his family in India. His mother, age 57, is alone because Mr. Sachdeva's wife moved out of his mother's house after his arrest, and his sister is studying out of the country.

This situation does not present sufficient compelling and extraordinary reasons to release Mr. Sachdeva early. While the Court accepts the hardship Mr. Sachdeva's incarceration during the COVID pandemic places on his mother, the incarceration of a loved ones often unfairly burdens families. The consequence of criminal behavior often results in the family "serving the time" with the defendant. Here, the burden on Mr. Sachdeva's mother living in India, though difficult and compelling, is not extraordinary.

The Court DENIES Chirag Sachdeva's Motion for Companionate Release. ECF No. 38.

IT IS SO ORDERED.

John J. McConnell, Jr.
United States District Chief Judge

July 6, 2021