**RECEIVED**

JUL 1 9 2021

**U.S. DISTRICT COURT**
**DISTRICT OF R.I.**

1:20 CR 0000073JJM

Additional Response.

From asking for a sentence reduction in May'2021 my family circumstances have changed more, from losing my brother in law to covid and other family members.

Today i lost my nanaji aswell; i couldn't even pay tribute to him.

The prosecutor says 'i failed to provide extraordinary & compel reasons' but the pandemic situations back in India and my family circumstance itself constitutes extraordinary & compelling reasons for a sentence reduction.

If i was a US citizen then i would be eligible for halfway house program (6 Month of sentence reduction) but being from India i am not eligible for That plus i will have to spend additional time in ICE custody.

It's a harsh sentence, i lost my family members to covid, my mother is alone, i couldn't be with my in laws when they needed the most.

I pray to the honorable court to reduce my sentence and transfer me to ICE custody so i can be reunited with my family back.