From
Chirag Sachdeva  01230509
Federal Correctional Institute
P.O Box 2000
Joint Base  MDL ,NJ 08640.

TRENTON NJ  085

16 JUL 2021    PM 4  L



FOREVER / USA

To
The Clerk.
United States District Court
for the district of Rhode Island
One Exchange Terrace
Providence ,RI 02903.

02903-177999