1:20CR00073JJM LDA

**RECEIVED**

JUL 27 2021

**U.S. DISTRICT COURT**
**DISTRICT OF R.I.**

Respected Clerk,

Presently i am at Fort Dix, New Jersey. I was transferred from FDC Philadelphia, Pa on June 15' 2021. because of the transfer i haven't received any correspondence which was sent on June 15' 2021. Please i request the court to see the matter. Attached is the respone to government's objection.

June 20' 2021.

1:20 CR00073-JJM-LDA

## Response to Government's Opposition/Objection

The Government in its' Memorandum stated that "He admits there are others in the family. Where Sachdeva has a sister, mother and sister lived with mother's brother for a time".

I need to clarify that my family is a four (4) member family which includes me, my sister, my mother and my wife.

I am incarcerated since February 16'2020, my sister is in Canada doing her post graduation, my wife has shifted to her mother's place because her family needed her as she lost her Brother to Covid 19 in April 2021, he was just 32 years old.

The Covid 19 pandemic has totally changed my family circumstances.

I lost my brother in law, my grand mother, my grand father in last 2 months.

My uncle (mother's brother) helped us by providing a shelter when i was 8 years old and now i an 30 years old. It was 22 years ago when we lived for a time. Now he has his family to take care.

It is often said that family members of incarcerated people are hidden victims. They are neither given a chance to speak nor they are

acknowleged.

Before covid 19 pandemic and the current wave in India, my family circumstance were different my wife was there with my mother but now no one is there. I am alone here my family is alone in India. I was utilising my education for good and not to steal any money. I know i did wrong by forwarding the information, this seperation of 17 Months from my wife, my mother, my work has given me a lesson. Neither i am a threat to anyone nor i will repeat what has happened. Infect i can and will become an asset to the community.

I pray to the honorable court to grant this motion and reunite me with my family. So i can start a new life and focus on my family.

I am 30 Years old and aging reduces recividism along with i am first time offender.

I pray to the honorable court to grant this motion and transfer me to ICE custody so i can be reunited with my family.

CHIRAG SACHDEVA

Chirag

06/20/2021

FCI FORT DIX.