From -
Chirag Sachdeva  01230-509
   Building number 5851, 3rd Floor
Federal Correctional Institution Box
   2000
Joint Base MDL, New Jersey 08640

To
The Clerk C/o Chief Judge John J McCon
United States District Court for th
District  of Rhode Island.

One Exchange Terrace