UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

v.

CHIRANG SACHDEVA

Criminal Case No. 20-cr-0073-JJM

**RESPONSE IN OPPOSITION TO SECOND MOTION
FOR COMPASSIONATE RELEASE**

The government objects to Chirag Sachdeva's second motion (Dkt. No. 41) for compassionate release. Just as with his first motion for compassionate release, he fails to set forth an extraordinary or compel reason. He claims that he should be released because he has lost family members to COVID-19, his mother needs his assistance, and as a non-citizen he is not eligible for halfway release and faces ICE deportation. So many have lost loved ones to COVID. As noted in response to the first motion for compassion release, there is no evidence that other family members are not available to attend to the needs of Mr. Sachdeva's mother, and there is no evidence that she cannot attend to her own needs. As noted by the Court in denying the first motion, Mr. Sachdeva's circumstances are no different from that of any incarcerated person, in that family incurs difficulty during the period of incarceration. Finally, every incarcerated foreign national faces ineligibility for halfway release and deportation consequences. There is no basis under 18 U.S.C. § 3582(c) for amendment of Mr. Sachdeva's sentence.

UNITED STATES OF AMERICA
By its Attorney,
RICHARD B. MYRUS
Acting United States Attorney

/s/ Milind Shah
Milind Shah
Assistant U.S. Attorney
U.S. Attorney's Office
50 Kennedy Plaza, 8th FL
Providence, RI 02903
Tel (401) 709-5000; Fax (401) 709-5001
milind.shah@usdoj.gov

CERTIFCATE OF SERVICE

On this 3rd day of August 2021, I had the above response in opposition electronically filed and mailed by first class mail to the following address, Chirag Sachdeva's present facility:

Chirag Sachdeva & Register Number 01230-509
FCI Fort Dix
Federal Correctional Institution
P.O. Box 2000
Joint Base MDL, NJ 08640

/s/ Milind Shah
Milind Shah
Assistant U.S. Attorney
U.S. Attorney's Office
50 Kennedy Plaza, 8th FL
Providence, RI 02903
Tel (401) 709-5000; Fax (401) 709-5001
milind.shah@usdoj.gov