## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA,    )
                             )
        v.                   )
                             )    C.R. No. 20-cr-73-JJM-LDA
CHIRAG SACHDEVA,             )
        Defendant.           )
                             )
                             )

## ORDER

Defendant Chirag Sachdeva again moves this Court to grant him compassionate release under 18 U.S.C. 35829(c)(1)(A).    ECF No. 41.  He bases his request on the devastating effects of the COVID virus in India and specifically on his family.

While the COVID pandemic and its devastating effects in India, and on Mr. Sachdeva's family may present extraordinary and compelling reasons for granting early release, the 18 U.S.C. § 3553 factors continue to command that the original low-end guideline sentence remain.

The Court DENIES Chirag Sachdeva's renewed Motion for Companionate Release.  ECF No. 41.

IT IS SO ORDERED.

John J. McConnell, Jr.
United States District Chief Judge

August 5, 2021