RECEIVED

SEP 0 2 2021

**U.S. DISTRICT COURT
DISTRICT OF R.I.**

Respected Clerk,

Please accept this letter as a 'notice of appeal' for the order issued on 08/05/2021. I am an indigent defendant filing Pro Se.

Thank You
Chirag Sachdeva
1:20cr 73 JJM-LDA