Case 1:20-cr-00073-JJM-LDA    Document 45-1    Filed 09/03/21    Page 1 of 1 PageID #: 303

From

Chirag Sachdeva 01230509
Federal Correctional Institute
P.O Box 2000
JointBase MDL, NJ 08640

TRENTON NJ 085
27 AUG 2021 PM 6 L



To
The Clerk
United States District Court
office of the Clerk
Providence Rhode Island 02903.