APPEAL,CLOSED

# U.S. District Court
## District of Rhode Island (Providence)
## CRIMINAL DOCKET FOR CASE #: <u>1:20−cr−00073−JJM−LDA−1</u>

Case title: USA v. Chirag Sachdeva

Magistrate judge case number:  1:20−mj−00015−LDA *SEALED*

Date Filed: 08/31/2020

Date Terminated: 11/06/2020

Assigned to: Chief Judge John J. McConnell, Jr.
Referred to: Magistrate Judge Lincoln D. Almond

Appeals court case number: <u>20−2109</u> U.S. Court of Appeals for the First Circuit

**<u>Defendant (1)</u>**

| | | |
|---|---|---|
| **Chirag Sachdeva**<br>*TERMINATED: 11/06/2020* | represented by | **Jason P. Knight**<br>The Law Office of Jason Knight<br>One Turks Head Place<br>Suite 1440<br>Providence, RI 02903<br>401−865−6075<br>Fax: 866−413−1869<br>Email: <u>jason.knight@jasonknightlaw.com</u><br>*TERMINATED: 03/31/2020*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: CJA Appointment*<br><br>**John L. Calcagni , III**<br>Law Office of John L. Calcagni III, Inc.<br>72 Clifford Street<br>Suite 300<br>Providence, RI 02903<br>401−351−5100<br>Fax: 401−351−5101<br>Email: <u>jc@calcagnilaw.com</u><br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained* |

| **<u>Pending Counts</u>** | **<u>Disposition</u>** |
|---|---|

| 18:1343 and 1349 − WIRE FRAUD (1−7) | Court imposes 33 months of incarceration, to be served concurrently. 3 years of supervised release. A $700 special assessment. Restitution vacated. |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
| None | |

| **Highest Offense Level (Terminated)** | |
| None | |

| **Complaints** | **Disposition** |
| 18:1343, 18:1349, 18:1344 and 18:1028A − ATTEMPTED WIRE FRAUD; ATTEMPTED BANK FRAUD; CONSPIRACY TO COMMIT AND/OR ATTEMPT THE AFOREMENTIONED FRAUDS; AND AGGRAVATED IDENTITY THEFT | |

**Plaintiff**

| **USA** | represented by | **Milind M Shah** |
| | | U.S. Attorney's Office |
| | | 50 Kennedy Plaza |
| | | 8th Floor |
| | | Providence, RI 02903 |
| | | 401−709−5039 |
| | | Email: milind.shah@usdoj.gov |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |

| Date Filed | # | Page | Docket Text |
| --- | --- | --- | --- |
| 02/12/2020 | 1 | | MOTION to Seal Case by USA as to Chirag Sachdeva.(Noel, Jeannine) [1:20−mj−00015−LDA *SEALED*] (Entered: 02/12/2020) |
| 02/12/2020 | 2 | | ORDER granting 1 Motion to Seal Case as to Chirag Sachdeva (1). So Ordered by Magistrate Judge Lincoln D. Almond on 2/12/2020.(Noel, Jeannine) [1:20−mj−00015−LDA *SEALED*] (Entered: 02/12/2020) |
| 02/12/2020 | 3 | | COMPLAINT as to Chirag Sachdeva (1). (Attachments: # 1 Affidavit, # 2 Criminal Cover Sheet)(Noel, Jeannine) [1:20−mj−00015−LDA *SEALED*] (Entered: 02/12/2020) |

2

| 02/18/2020 | | | Arrest of Chirag Sachdeva (Noel, Jeannine) [1:20−mj−00015−LDA *SEALED*] (Entered: 02/18/2020) |
|---|---|---|---|
| 02/18/2020 | 5 | | ORDER APPOINTING CJA PANEL ATTORNEY as to Chirag Sachdeva: the Panel Attorney appointed as CJA Counsel is Jason P. Knight for Chirag Sachdeva. So Ordered by Magistrate Judge Lincoln D. Almond on 2/18/2020. (Noel, Jeannine) [1:20−mj−00015−LDA *SEALED*] (Entered: 02/18/2020) |
| 02/18/2020 | | | Minute Entry for proceedings held before Magistrate Judge Lincoln D. Almond:Initial Appearance as to Chirag Sachdeva held on 2/18/2020, Detention Hearing as to Chirag Sachdeva held on 2/18/2020 (Shah, Knight) PTS Finneran; Court informs deft of rights & charges; Deft understands rights & charges; CJA appointed; Deft Counsel requests hearing; Hearing scheduled; No bail argument; Govt addresses Court and requests detention; Deft ordered detained without prejudice; Deft reserves the right to argue in the future; Deft Counsel addresses the Court; Case to remain under seal ( Preliminary Hearing set for 2/21/2020 11:00 at AM in Courtroom A before Magistrate Judge Lincoln D. Almond.)(Court Reporter FTR in Courtroom A at 2:39 pm.)(Noel, Jeannine) [1:20−mj−00015−LDA *SEALED*] (Entered: 02/18/2020) |
| 02/18/2020 | | | **NOTICE OF HEARING DEFENDANT REQUEST** as to Chirag Sachdeva. Preliminary Hearing set for 2/21/2020 11:00 at AM in Courtroom A before Magistrate Judge Lincoln D. Almond.(Noel, Jeannine) [1:20−mj−00015−LDA *SEALED*] (Entered: 02/18/2020) |
| 02/21/2020 | | | Minute Entry for proceedings held before Magistrate Judge Lincoln D. Almond:Preliminary Hearing as to Chirag Sachdeva held on 2/21/2020 (Shah, Knight) Waiver of Preliminary Hearing; Court informs deft of rights; Deft understands rights & waiver; Deft signs waiver; Court accepts waiver; Deft remanded; No bail argument; Deft reserves the right to argue for bail in the future; Case Sealed(Court Reporter FTR in Courtroom A at 11:28 am.)(Noel, Jeannine) [1:20−mj−00015−LDA *SEALED*] (Entered: 02/21/2020) |
| 02/21/2020 | 6 | | WAIVER of Preliminary Hearing by Chirag Sachdeva accepted by MJ Almond (Noel, Jeannine) [1:20−mj−00015−LDA *SEALED*] (Entered: 02/21/2020) |
| 02/24/2020 | 7 | | Arrest Warrant Returned Executed on 2/16/2020 Warwick, RI in case as to Chirag Sachdeva. (Noel, Jeannine) [1:20−mj−00015−LDA *SEALED*] (Entered: 02/24/2020) |
| 03/06/2020 | 8 | | ORDER OF DETENTION as to Chirag Sachdeva. So Ordered by Magistrate Judge Lincoln D. Almond on 3/6/2020.(Saucier, Martha) [1:20−mj−00015−LDA *SEALED*] (Entered: 03/06/2020) |
| 03/27/2020 | 9 | | NOTICE OF ATTORNEY APPEARANCE: John L. Calcagni, III appearing for Chirag Sachdeva (Noel, Jeannine) [1:20−mj−00015−LDA *SEALED*] (Entered: 03/27/2020) |
| 03/30/2020 | 10 | | MOTION to Withdraw as Attorney by Jason Knight by Chirag Sachdeva. **Responses due by 4/13/2020.**(Noel, Jeannine) [1:20−mj−00015−LDA *SEALED*] (Entered: 03/30/2020) |
| 03/31/2020 | | | TEXT ORDER granting 10 Motion to Withdraw as Attorney. Jason P. Knight withdrawn from case as to Chirag Sachdeva (1). So Ordered by Magistrate Judge Lincoln D. Almond on 3/31/2020.(Noel, Jeannine) |

| | | | |
|---|---|---|---|
| | | | [1:20−mj−00015−LDA *SEALED*] (Entered: 03/31/2020) |
| 08/03/2020 | 11 | | MOTION for an Extension of Time to Indict by USA as to Chirag Sachdeva. **Responses due by 8/17/2020.**(Noel, Jeannine) [1:20−mj−00015−LDA *SEALED*] (Entered: 08/03/2020) |
| 08/03/2020 | 12 | | ORDER granting 11 Motion for Extension of Time to Indictment as to Chirag Sachdeva (1). The period from 2/12/2020 through 10/15/2020 is excluded. So Ordered by Magistrate Judge Lincoln D. Almond on 8/3/2020.(Noel, Jeannine) [1:20−mj−00015−LDA *SEALED*] (Entered: 08/03/2020) |
| 08/31/2020 | 13 | | INFORMATION as to Chirag Sachdeva (1) count(s) 1−7. (Attachments: # 1 Criminal Cover Sheet, # 2 Proposed Waiver of Indictment)(Noel, Jeannine) (Entered: 08/31/2020) |
| 08/31/2020 | 14 | | PLEA AGREEMENT as to Chirag Sachdeva (Noel, Jeannine) (Entered: 08/31/2020) |
| 08/31/2020 | | | CASE CONDITIONALLY ASSIGNED Related Case Number CR20−67JJM−LDA based upon the indication on the cover sheet that a related case previously was assigned to the presiding judge. The assignment is subject to the presiding judge's determination that the cases, in fact, are related. (Noel, Jeannine) (Entered: 08/31/2020) |
| 09/01/2020 | | | CASE PERMANENTLY ASSIGNED: Since Chief Judge John J. McConnell, Jr. has determined that this case is in fact related to CR 20−67−JJM, this case is permanently assigned to Chief Judge John J. McConnell, Jr. for all further proceedings (Barletta, Barbara) (Entered: 09/01/2020) |
| 09/02/2020 | | | **NOTICE OF HEARING DEFENDANT REQUEST** as to Chirag Sachdeva: VIDEO Arraignment and Change of Plea Hearing set for Monday, 9/14/2020 at 02:00 PM before Chief Judge John J. McConnell, Jr.; Zoom instructions will be provided to counsel of record. Public access information may be obtained on the Court's website(Barletta, Barbara) (Entered: 09/02/2020) |
| 09/14/2020 | 16 | | WAIVER OF INDICTMENT by Chirag Sachdeva. (McGuire, Vickie) (Entered: 09/14/2020) |
| 09/14/2020 | | | Minute Entry for proceedings held before Chief Judge John J. McConnell, Jr.:Arraignment as to Chirag Sachdeva (1) Count 1−7 held on 9/14/2020, Change of Plea Hearing as to Chirag Sachdeva held on 9/14/2020, Plea entered by Chirag Sachdeva (1) Guilty Count 1−7. Milind Shah for Government. John Calcagni for Defendant. Court advises Defendant of the right to appear in person; Defendant consents to appear via video. Arraignment: Court informs Defendant of his rights and pending charge; John Calcagni retained as attorney. Defendant understands rights and the charges. Defendant waives indictment and Court accepts waiver. Change of Plea: Defendant sworn. Court verifies that the Defendant has reviewed the charges and plea agreement with his attorney. Court questions Defendant and reviews maximum penalties, sentencing guidelines, and constitutional rights. Government outlines the legal elements and facts of the case. Defendant agrees with Government's factual outlines. Defendant pleads guilty to Counts 1 −7. Court accepts plea & adjudges defendant guilty. Sentencing Hearing is December 8, 2020 at 10:00 am. Defendant remanded. Court adjourned(Court Reporter Karen Wischnowsky in Courtroom Zoom Video at 2:00 pm.)(McGuire, Vickie) (Entered: 09/14/2020) |

| 10/16/2020 | | | **NOTICE OF HEARING DEFENDANT REQUEST** as to Chirag Sachdeva: VIDEO Sentencing hearing set for Friday, 11/6/2020 at 09:00 AM before Chief Judge John J. McConnell, Jr.; Zoom instructions will be forwarded to counsel of record. Public Access information may be obtained on the Court's webite(Barletta, Barbara) (Entered: 10/16/2020) |
|---|---|---|---|
| 11/05/2020 | 20 | | SENTENCING MEMORANDUM by Chirag Sachdeva (Attachments: # 1 Attachment A − Statements of Support, # 2 Attachment B − Wyatt Letter, # 3 Attachment C − Certificate of Completion, # 4 Attachment D − Post for Late Friend, # 5 Attachment E − Photos)(Calcagni, John) (Entered: 11/05/2020) |
| 11/05/2020 | 21 | | SENTENCING MEMORANDUM by USA as to Chirag Sachdeva (Shah, Milind) (Entered: 11/05/2020) |
| 11/06/2020 | | | Minute Entry for proceedings held before Chief Judge John J. McConnell, Jr.:Sentencing held on 11/6/2020 for Chirag Sachdeva (1), Count(s) 1−7. Milind Shah for Government. John Calcagni for Defendant. Andrea Edgar for Probation. Court informs defendant of his right to appear in person; Defendant consents & waives his right to appearance by video; Court verifies Defendant has reviewed PSR with his attorney. Government & Defendant each present sentencing recommendations. Court imposes 33 months of incarceration, to be served concurrently. 3 years of supervised release. A $700 special assessment. Restitution in the amount of $4422.00. Defendant remanded. Court adjourned.(Court Reporter Karen Wischnowsky in Courtroom Zoom Video at 9:00 am.)(McGuire, Vickie) (Entered: 11/06/2020) |
| 11/06/2020 | 22 | | JUDGMENT as to Chirag Sachdeva (1), Count(s) 1−7, Court imposes 33 months of incarceration, to be served concurrently. 3 years of supervised release. A $700 special assessment. Restitution in the amount of $4422.00. − So Ordered by Chief Judge John J. McConnell, Jr. on 11/6/2020.(McGuire, Vickie) (Entered: 11/06/2020) |
| 11/20/2020 | 24 | | NOTICE OF APPEAL by Chirag Sachdeva as to 22 Judgment, ( filing fee paid $ 505.00, receipt number 0103−1570275 )<br><br>**NOTICE TO COUNSEL: Counsel should register for a First Circuit CM/ECF Appellate Filer Account at http://pacer.psc.uscourts.gov/cmecf/. Counsel should also review the First Circuit requirements for electronic filing by visiting the CM/ECF Information section at http://www.ca1.uscourts.gov/cmecf** Appeal Record due by 12/21/2020. (Calcagni, John) (Entered: 11/20/2020) |
| 11/20/2020 | 25 | | CLERK'S CERTIFICATE AND APPELLATE COVER SHEET: Abbreviated record on appeal consisting of notice of appeal, order(s) being appealed, and certified copy of the district court docket report transmitted to the U.S. Court of Appeals for the First Circuit in accordance with 1st Cir. R. 11.0(b). as to Chirag Sachdeva 24 Notice of Appeal − Conviction/Final Judgment. (Attachments: # 1 Record on Appeal)(Potter, Carrie) (Entered: 11/20/2020) |
| 11/23/2020 | | | USCA Case Number as to Chirag Sachdeva 20−2109 for 24 Notice of Appeal − Conviction/Final Judgment filed by Chirag Sachdeva. (Potter, Carrie) (Entered: 11/23/2020) |
| 12/07/2020 | 26 | | Letter from Chirag Sachdeva. (Attachments: # 1 Envelope) (Hicks, Alyson) (Entered: 12/07/2020) |

5

| 12/08/2020 | | | TEXT ORDER: In response to the 26 letter received by the Court from the Defendant, this matter is now on appeal, and therefore a motion under 2255 would not be timely at this time −So Ordered by Chief Judge John J. McConnell, Jr. on 12/8/2020.(Barletta, Barbara) (Entered: 12/08/2020) |
|---|---|---|---|
| 12/15/2020 | 27 | | MOTION to Proceed In Forma Pauperis by Chirag Sachdeva. **Responses due by 12/29/2020.** (Attachments: # 1 Attachment A − Financial Affidavit)(Calcagni, John) (Entered: 12/15/2020) |
| 12/16/2020 | | | TEXT ORDER granting 27 Motion to Appeal In Forma Pauperis as to Chirag Sachdeva (1)− So Ordered by Chief Judge John J. McConnell, Jr. on 12/16/2020.(Barletta, Barbara) (Entered: 12/16/2020) |
| 12/16/2020 | 28 | | Supplemental Record on Appeal transmitted to U.S. Court of Appeals for the First Circuit. as to Chirag Sachdeva 24 Notice of Appeal − Conviction/Final Judgment; Unrestricted Documents Sent: 27 and Text Order granting Motion. (Barletta, Barbara) (Entered: 12/16/2020) |
| 12/16/2020 | 29 | | Letter from Chirag Sachdeva as to Chirag Sachdeva (Attachments: # 1 Envelope) (McGuire, Vickie) (Entered: 12/16/2020) |
| 12/22/2020 | 30 | | Letter from Chirag Sachdeva as to Chirag Sachdeva (Attachments: # 1 Envelope) (Barletta, Barbara) (Entered: 12/22/2020) |
| 01/07/2021 | 31 | | Letter from Chirag Sachdeva (Potter, Carrie) (Entered: 01/07/2021) |
| 01/15/2021 | 32 | | Letter from Chirag Sachdeva (Potter, Carrie) (Entered: 01/15/2021) |
| 02/11/2021 | 33 | | TRANSCRIPT of Change of Plea Hearing filed as to Chirag Sachdeva for the date of September 14, 2020, held before Judge John J. McConnell, Jr, re 24 Notice of Appeal − Conviction/Final Judgment, COA Number: 20−2109. Court Reporter Karen Wischnowsky, Telephone number (401) 529−7406. Transcript may be viewed at the court public terminal or purchased through the Court Reporter before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER Redaction Request due 3/4/2021. Redacted Transcript Deadline set for 3/15/2021. Release of Transcript Restriction set for 5/12/2021. (Wischnowsky, Karen) (Entered: 02/11/2021) |
| 02/11/2021 | 34 | | TRANSCRIPT of Sentencing Hearing filed as to Chirag Sachdeva for the date of November 6, 2020, held before Judge John J. McConnell, Jr, re 24 Notice of Appeal − Conviction/Final Judgment, COA Number: 20−2109. Court Reporter Karen Wischnowsky, Telephone number (401) 529−7406. Transcript may be viewed at the court public terminal or purchased through the Court Reporter before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER Redaction Request due 3/4/2021. Redacted Transcript Deadline set for 3/15/2021. Release of Transcript Restriction set for 5/12/2021. (Wischnowsky, Karen) (Entered: 02/11/2021) |
| 04/22/2021 | 35 | | JUDGMENT of the U.S. Court of Appeals for the First Circuit as to Chirag Sachdeva re 24 Notice of Appeal − Conviction/Final Judgment: The parties have filed a Joint Motion for Remand Pursuant to 28 U.S.C. § 2106. The motion is granted, the order of restitution is vacated, and the matter is remanded for further proceedings consistent with the terms of the Joint Motion. We express no opinion on the issues presented on appeal (Potter, Carrie) (Entered: 04/22/2021) |
| 04/26/2021 | | | |

| | | |
|---|---|---|
| | | NOTICE OF HEARING as to Chirag Sachdeva:ZOOM Status Conference set for Thursday, 5/6/2021 at 09:00 AM before Chief Judge John J. McConnell, Jr.; Zoom information will be emailed to counsel of record(Barletta, Barbara) (Entered: 04/26/2021) |
| 05/06/2021 | | Minute Entry for proceedings held before Chief Judge John J. McConnell, Jr.:Zoom Status Conference as to Chirag Sachdeva held on 5/6/2021. Milind Shah and John Calcagni participated(Barletta, Barbara) (Entered: 05/06/2021) |
| 05/11/2021 | 36 | AMENDED JUDGMENT as to Chirag Sachdeva (1), Count(s) 1−7, Court imposes 33 months of incarceration, to be served concurrently. 3 years of supervised release. A $700 special assessment. Restitution vacated. − So Ordered by Chief Judge John J. McConnell, Jr. on 5/11/2021.(McGuire, Vickie) (Entered: 05/11/2021) |
| 05/28/2021 | 38 | MOTION for Compassionate Release by Chirag Sachdeva. **Responses due by 6/11/2021.** (Attachments: # 1 Exhibit, # 2 Envelope)(Potter, Carrie) (Entered: 05/28/2021) |
| 06/15/2021 | 39 | RESPONSE In Opposition to by USA as to Chirag Sachdeva re 38 MOTION for Release from Custody **Replies due by 6/22/2021.** (Shah, Milind) (Entered: 06/15/2021) |
| 07/06/2021 | 40 | ORDER denying 38 Motion for Release from Custody as to Chirag Sachdeva (1)− So Ordered by Chief Judge John J. McConnell, Jr. on 7/6/2021.(Barletta, Barbara) (Entered: 07/06/2021) |
| 07/19/2021 | 41 | MOTION to Reduce Sentence by Chirag Sachdeva. **Responses due by 8/2/2021.** (Attachments: # 1 Envelope)(Potter, Carrie) (Entered: 07/19/2021) |
| 07/27/2021 | 42 | REPLY TO RESPONSE by Chirag Sachdeva re 39 Response to Motion (Attachments: # 1 Envelope)(Potter, Carrie) (Entered: 07/27/2021) |
| 08/03/2021 | 43 | RESPONSE In Opposition to by USA as to Chirag Sachdeva re 41 MOTION to Reduce Sentence *("Response in Opposition to Second Motion for Compassionate Release")* **Replies due by 8/10/2021.** (Shah, Milind) (Entered: 08/03/2021) |
| 08/05/2021 | 44 | ORDER denying 41 Motion to Reduce Sentence/for Compassionate Release as to Chirag Sachdeva (1). So Ordered by Chief Judge John J. McConnell, Jr. on 8/5/2021.(Jackson, Ryan) (Entered: 08/05/2021) |
| 09/03/2021 | 45 | NOTICE OF APPEAL by Chirag Sachdeva as to 44 Order on Motion to Reduce Sentence<br><br>**NOTICE TO COUNSEL: Counsel should register for a First Circuit CM/ECF Appellate Filer Account at http://pacer.psc.uscourts.gov/cmecf/. Counsel should also review the First Circuit requirements for electronic filing by visiting the CM/ECF Information section at http://www.ca1.uscourts.gov/cmecf** Appeal Record due by 10/4/2021. (Attachments: # 1 Envelope)(McGuire, Vickie) (Entered: 09/03/2021) |

RECEIVED

SEP 0 2 2021

U.S. DISTRICT COURT
DISTRICT OF R.I.

Respected Clerk,

Please accept this letter as a 'notice of appeal' for the order issued on 08/05/2021. I am an indigent defendant filing Prose.

Thank You
Chirag Sachdeva
1:20cr 73 JJM-LDA

Case 1:20-cr-00073-JJM-LDA   Document 36-1   Filed 09/23/21   Page 9 of 10 PageID #: 313

from

Chirag Sachdeva 01230509
Federal Correctional Institute
P.O Box 2000
JointBase MDL, NJ 08640

TRENTON NJ 085
27 AUG 2021 PM 6 L

To
   The Clerk
United States District Court
office of the Clerk
Providence,  Rhode Island 02903.

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA,      )
            )
v.                        )      C.R. No. 20-cr-73-JJM-LDA
            )
CHIRAG SACHDEVA,          )
Defendant.          )

## ORDER

Defendant Chirag Sachdeva again moves this Court to grant him compassionate release under 18 U.S.C. 35829(c)(1)(A).   ECF No. 41. He bases his request on the devastating effects of the COVID virus in India and specifically on his family.

While the COVID pandemic and its devastating effects in India, and on Mr. Sachdeva's family may present extraordinary and compelling reasons for granting early release, the 18 U.S.C. § 3553 factors continue to command that the original low-end guideline sentence remain.

The Court DENIES Chirag Sachdeva's renewed Motion for Companionate Release. ECF No. 41.

IT IS SO ORDERED.

John J. McConnell, Jr.
United States District Chief Judge

August 5, 2021

10