# United States Court of Appeals
## For the First Circuit

No. 21-1693

UNITED STATES,

Appellee,

v.

CHIRAG SACHDEVA,

Defendant - Appellant.

**ORDER OF COURT**

Entered: September 21, 2021
Pursuant to 1st Cir. R. 27.0(d)

Upon review of the record in this case, it appears that the notice of appeal, filed on September 2, 2021 in No. 1:20-cr-00073-JJM-1 (D.R.I.) seeking to appeal the order entered on August 5, 2021, is late.   See Fed. R. App. P. 4(b) (notice of appeal in criminal case must be filed within fourteen days of judgment or order appealed from).   The notice of appeal, however, was filed within the thirty days immediately following that fourteen-day period.   See Fed. R. App. P. 4(b).   The district court, upon a showing of excusable neglect or good cause, may enlarge the time for filing a notice of appeal filed within that thirty-day period.   Accordingly, we transmit the notice of appeal to the district court for a ruling whether the district court will enlarge the time for filing an appeal and will consider this notice of appeal timely filed. See United States v. Batista, 22 F.3d 492 (2nd Cir. 1994) (treating late notice of appeal in a criminal case as a request to extend the time to appeal). Copies of the district court's decision shall be forwarded to this court forthwith.

By the Court:

Maria R. Hamilton, Clerk

cc:
Hon. John J. McConnell
Hanorah Tyer-Witek, Clerk, United States District Court for the District of Rhode Island
Chirag Sachdeva
Milind Madhukar Shah
Lauren S. Zurier

RECEIVED

SEP 0 2 2021

U.S. DISTRICT COURT
DISTRICT OF R.I.

Respected Clerk,

Please accept this letter as a 'notice of appeal' for the order issued on 08/05/2021. I am an indigent defendant filing Pro se.

Thank You
Chirag Sachdeva
1:20cr735JM-LDA