APPEAL,CLOSED

# U.S. District Court
## District of Rhode Island (Providence)
## CRIMINAL DOCKET FOR CASE #: 1:20−cr−00073−JJM−LDA−1

Case title: USA v. Chirag Sachdeva

Magistrate judge case number:  1:20−mj−00015−LDA *SEALED*

Date Filed: 08/31/2020

Date Terminated: 11/06/2020

Assigned to: Chief Judge John J.
McConnell, Jr.
Referred to: Magistrate Judge
Lincoln D. Almond

Appeals court case numbers:
20−2109 U.S. Court of Appeals for
the First Circuit, 21−1693 U.S.
Court of Appeals for the First
Circuit

### Defendant (1)

| | |
|---|---|
| **Chirag Sachdeva**<br>*TERMINATED: 11/06/2020* | represented by **Jason P. Knight**<br>The Law Office of Jason Knight<br>One Turks Head Place<br>Suite 1440<br>Providence, RI 02903<br>401−865−6075<br>Fax: 866−413−1869<br>Email: jason.knight@jasonknightlaw.com<br>*TERMINATED: 03/31/2020*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: CJA Appointment*<br><br>**John L. Calcagni , III**<br>Law Office of John L. Calcagni III, Inc.<br>72 Clifford Street<br>Suite 300<br>Providence, RI 02903<br>401−351−5100<br>Fax: 401−351−5101<br>Email: jc@calcagnilaw.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained* |

**Pending Counts**                                    **Disposition**

18:1343 and 1349 – WIRE                  Court imposes 33 months of incarceration, to be
FRAUD                                    served concurrently. 3 years of supervised release.
(1–7)                                    A $700 special assessment. Restitution vacated.

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**                                 **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                                        **Disposition**

18:1343, 18:1349, 18:1344 and
18:1028A – ATTEMPTED WIRE
FRAUD; ATTEMPTED BANK
FRAUD; CONSPIRACY TO
COMMIT AND/OR ATTEMPT
THE AFOREMENTIONED
FRAUDS; AND AGGRAVATED
IDENTITY THEFT

**Plaintiff**

**USA**                    represented by    **Milind M Shah**
                                             U.S. Attorney's Office
                                             50 Kennedy Plaza
                                             8th Floor
                                             Providence, RI 02903
                                             401–709–5039
                                             Email: milind.shah@usdoj.gov
                                             *LEAD ATTORNEY*
                                             *ATTORNEY TO BE NOTICED*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 10/13/2021 | | | TEXT ORDER as to Chirag Sachdeva: Pursuant to the Order of the Court of Appeals, for good cause, the Court enlarges the time for Mr. Sachdeva to file his appeal, *nunc pro tunc*, and considers his appeal timely filed. So Ordered by Chief Judge John J. McConnell, Jr. on 10/13/2021.(Jackson, Ryan) (Entered: 10/13/2021) |

```
MIME-Version:1.0
From:cmecf@rid.uscourts.gov
To:cmecfnef@rid.uscourts.gov
Bcc:
--Case Participants: John L. Calcagni, III (av@calcagnilaw.com, jc@calcagnilaw.com,
lmt@calcagnilaw.com, nld@calcagnilaw.com), Milind M Shah (caseview.ecf@usdoj.gov,
jade.brennan@usdoj.gov, lindsay.beltzer@usdoj.gov, milind.shah@usdoj.gov,
tara.moniz@usdoj.gov, usari-ecf@usdoj.gov), Magistrate Judge Lincoln D. Almond
(juliane_realejo@rid.uscourts.gov, ldanef@rid.uscourts.gov,
mag_judge_almond@rid.uscourts.gov, mara_martinelli@rid.uscourts.gov), Chief Judge John J.
McConnell, Jr. (aileen_sprague@rid.uscourts.gov, jjmnef@rid.uscourts.gov,
judge_mcconnell@rid.uscourts.gov)
--Non Case Participants: Andrea Edgar (andrea_edgar@rip.uscourts.gov)
--No Notice Sent:

Message-Id:1675581@rid.uscourts.gov
Subject:Activity in Case 1:20-cr-00073-JJM-LDA USA v. Chirag Sachdeva Order
```
Content–Type: text/html

## U.S. District Court

## District of Rhode Island

## Notice of Electronic Filing

The following transaction was entered on 10/13/2021 at 10:44 AM EDT and filed on 10/13/2021

| | |
|---|---|
| **Case Name:** | USA v. Chirag Sachdeva |
| **Case Number:** | 1:20–cr–00073–JJM–LDA |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**TEXT ORDER as to Chirag Sachdeva: Pursuant to the Order of the Court of Appeals, for good cause, the Court enlarges the time for Mr. Sachdeva to file his appeal, *nunc pro tunc*, and considers his appeal timely filed. So Ordered by Chief Judge John J. McConnell, Jr. on 10/13/2021.(Jackson, Ryan)**

**1:20–cr–00073–JJM–LDA–1 Notice has been electronically mailed to:**

John L. Calcagni , III &nbsp &nbsp jc@calcagnilaw.com, av@calcagnilaw.com, lmt@calcagnilaw.com, nld@calcagnilaw.com

Milind M Shah &nbsp &nbsp milind.shah@usdoj.gov, CaseView.ECF@usdoj.gov, Jade.Brennan@usdoj.gov, lindsay.beltzer@usdoj.gov, Tara.Moniz@usdoj.gov, usari–ecf@usdoj.gov

**1:20–cr–00073–JJM–LDA–1 Notice has been delivered by other means to:**