# United States Court of Appeals
## For the First Circuit

———————————

No. 21-1693

UNITED STATES,

Appellee,

v.

CHIRAG SACHDEVA,

Defendant - Appellant.

———————————

Before

Howard, Chief Judge,
Thompson and Gelpí, Circuit Judges.

———————————

**JUDGMENT**

Entered: December 20, 2021

Defendant appeals from the district court's denial of his requests to reduce his sentence pursuant to 18 U.S.C. § 3582(c)(1)(A)(1) (compassionate release). After careful review of the record and the parties' arguments, we conclude that the district court did not abuse its discretion in denying relief. See United States v. Saccoccia, 10 F.4th 1 (1st Cir. 2021) (standard of review). The government's motion for summary disposition is granted.

By the Court:

Maria R. Hamilton, Clerk

cc:
Chirag Sachdeva
Milind Madhukar Shah
Lauren S. Zurier