# United States Court of Appeals
## For the First Circuit

No. 21-1693

UNITED STATES,

Appellee,

v.

CHIRAG SACHDEVA,

Defendant - Appellant.

**MANDATE**

Entered: January 10, 2022

In accordance with the judgment of December 20, 2021, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.


By the Court:

Maria R. Hamilton, Clerk


cc:
Chirag Sachdeva
Milind Madhukar Shah
Lauren S. Zurier